**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number:  26cv11581-IT

USCA Docket Number:  (26-1774)(26-1779)

State of California et al

v.

Donald J. Trump et al

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed _____ paper documents __X__ electronic documents:

**Main Documents:**

Document Numbers:  ECF Nos. (207) Final Judgment and (208) Memorandum and Order

**Other Documents:**

Sealed Records:

Document Numbers:  _____

*Ex parte* Records:

Document Numbers:  _____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 7, 2026_____.

ROBERT M. FARRELL
Clerk of Court

By: /s/Matthew A. Paine
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

Deputy Clerk, US Court of Appeals

APPEAL,CLOSED,CONSOLIDATED

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:26-cv-11581-IT

State of California et al v. Trump et al
Assigned to: Judge Indira Talwani
related Case: 1:26-cv-11549-IT
Case in other court:  USCA - First Circuit, 26-01506
                    USCA - First Circuit, 26-01774
                    USCA - First Circuit, 26-01779
Cause: 28:2201 Declaratory Judgment

Date Filed: 04/03/2026
Date Terminated: 07/07/2026
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**State of California**
              represented by  **Anne P. Bellows**
California Attorney General's Office
California Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
415-510-3847
Fax: 415-703-5843
Email: anne.bellows@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Kevin Lee Quade**
California Attorney General's Office
Civil Division/Government Law Section
1300 I Street
Ste 1101
Sacramento, CA 94244-2550
916-322-5272
Email: kevin.quade@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Lisa Catherine Ehrlich**
Office of The Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
415-510-3489
Fax: 510-622-2270
Email: lisa.ehrlich@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Malcolm Andreas Brudigam**
California Attorney General's Office
Government Law Section
1300 I Street
Ste 16th Floor

Sacramento, CA 95814
916-210-7873
Email: malcolm.brudigam@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Michael Surren Cohen**
California Attorney General's Office
Office of the Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244
916-210-6090
Email: michael.cohen@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Robert William Setrakian**
California Attorney General's Office
Civil Division
300 S. Spring Street
Los Angeles, CA 90027
213-269-6668
Email: william.setrakian@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Massachusetts**    represented by    **Vanessa Azniv Arslanian**
Office of Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
617-963-2107
Email: vanessa.arslanian@mass.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jak Kundl**
Massachusetts Attorney General's Office
McCormack Building
One Ashburton Place
Boston, MA 02108
617-963-2942
Email: jak.kundl@mass.gov
*ATTORNEY TO BE NOTICED*

**Jared B. Cohen**
Massachusetts Attorney General's Office
McCormack Building
One Ashburton Place
Boston, MA 02108
617-963-2833
Fax: 617-573-5358
Email: jared.b.cohen@mass.gov
*ATTORNEY TO BE NOTICED*

**Michael P. Moore , Jr**

Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-727-2200
Email: pat.moore@mass.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Nevada**                              represented by  **Kiel Ireland**
Nevada Attorney General's Office
1 State of Nevada Way
Ste 100
Las Vegas, NV 89119
702-486-3420
Email: kireland@ag.nv.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Washington**                          represented by  **Cristina Sepe**
Washington State Office of the Attorney
General
Solicitor General's Office
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-7085
Email: cristina.sepe@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karl D. Smith , I**
Office of the Attorney General
Solicitor General's Office
P O Box 40100
1125 Washington St SE
Olympia, WA 98504-0100
360-664-2510
Email: karl.smith@atg.wa.gov
*ATTORNEY TO BE NOTICED*

**Tera M Heintz**
Washington Attorney General's Office
Solicitor General's Office
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-664-3027
Fax: 360-664-2963
Email: tera.heintz@atg.wa.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Arizona**                    represented by  **Joshua M. Whitaker**
Arizona Attorney General's Office
2005 North Central Ave.
Phoenix, AZ 85004
602-542-7738
Email: joshua.whitaker@azag.gov
*ATTORNEY TO BE NOTICED*

**Kara M Karlson**
Office of The Attorney General
State Government Div.
2005 N. Central Ave.
Phoenix, AZ 85004
602-542-8118
Fax: 602-542-4385
Email: kara.karlson@azag.gov
*ATTORNEY TO BE NOTICED*

**Karen Hartman-Tellez**
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
602-542-8326
Email: karen.hartman@azag.gov
*ATTORNEY TO BE NOTICED*

**Syreeta Tyrell**
Arizona Attorney General's Office
2005 North Central Ave
Phoenix, AZ 85004
602-542-8310
Email: syreeta.tyrell@azag.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Colorado**                   represented by  **Peter Baumann**
Colorado Department of Law
State Services Section
1300 Broadway
Denver, CO 80203
720-508-6152
Email: peter.baumann@coag.gov
*ATTORNEY TO BE NOTICED*

**Shannon Wells Stevenson**
Colorado Department of Law
Office of the Attorney General
1300 Broadway
Denver, CO 80203
720-508-6749
Email: shannon.stevenson@coag.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Connecticut**

represented by **Maura Bridget Murphy**
Office of the Connecticut Attorney General
Special Litigation
165 Capitol Avenue
Ste 5000
Hartford, CT 06106
860-808-5020
Fax: 860-808-5347
Email: maura.murphy@ct.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Delaware**

represented by **Ian Liston**
Delaware Department of Justice
Fraud and Consumer Protection Division,
White Collar Crime U
820 North French Street
Wilmington, DE 19801
302-683-8875
Email: ian.liston@delaware.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**District of Columbia**

represented by **Eliza Simon**
DC Oag
400 6th St. NW
Washington, DC 20001
202-741-5221
Email: eliza.simon@dc.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Illinois**

represented by **Alex Hemmer**
Illinois Attorney General's Office
115 S. LaSalle Street
23rd Floor
Chicago, IL 60603
312-814-5526
Email: alex.hemmer@ilag.gov
*ATTORNEY TO BE NOTICED*

**Holly Berlin**
Illinois Attorney General's Office
Office of the Illinois Attorney General
115 S LaSalle St
Chicago, IL 60603
773-519-1678
Email: holly.berlin@ilag.gov
*ATTORNEY TO BE NOTICED*

**Vikas Didwania**
Illinois Attorney General's Office
115 S. LaSalle Street

Chicago, IL 60603
872-272-0756
Email: vikas.didwania@ilag.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Maine**            represented by   **Katherine Thompson**
Office of the Maine Attorney General
Litigation Division
6 State House Station
Augusta, ME 04333
207-626-8455
Email: kate.thompson@maine.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Maryland**            represented by   **Virginia Anne Williamson**
Maryland Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
410-576-6584
Email: vwilliamson@oag.state.md.us
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Michigan**            represented by   **Erik Grill**
Michigan Department of Attorney General
Civil Rights & Elections Division
PO Box 30736
Lansing, MI 48909
517-335-7659
Email: grille@michigan.gov
*ATTORNEY TO BE NOTICED*

**Neil Giovanatti**
MI Department of Attorney General
Health, Education & Family Services
Division
525 W. Ottawa Street
P.O. Box 30758
Lansing, MI 48909
517-335-7603
Email: giovanattin@michigan.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Minnesota**            represented by   **Allen Barr**
Minnesota Attorney General's Office
445 Minnesota Street
Suite 600
St. Paul, MN 55101
651-757-1487

Email: allen.barr@ag.state.mn.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Angela Behrens**
Minnesota Attorney General's Office
445 Minnesota Street
Suite 600
St. Paul, MN 55101
651-757-1204
Fax: 651-757-1235
Email: angela.behrens@ag.state.mn.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsey E Middlecamp**
Minnesota Attorney General's Office
Minnesota Attorney General
445 Minnesota Street
Saint Paul, MN 55101
651-300-0711
Email: lindsey.middlecamp@ag.state.mn.us
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New Jersey**                    represented by **Joshua Paul Bohn**
New Jersey Office of the Attorney General
Division of Law
25 Market Street
P.O. Box 112
Trenton, NJ 08625
609-696-5366
Email: joshua.bohn@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meghan Musso**
Division of Law - Special Litigation Section
124 Halsey St, 5th Floor
Newark, NJ 07101
609-696-5276
Email: meghan.musso@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan B. Mangel**
New Jersey Attorney General's Office
Division of Law
124 Halsey Street
Newark, NJ 07101
609-696-5366
Email: jonathan.mangel@law.njoag.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New Mexico**                 represented by  **Bailey Colfax**
                                        NM Department of Justice
                                        408 Galisteo St
                                        Santa Fe, NM 87501
                                        505-629-3252
                                        Email: bcolfax@nmdoj.gov
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New York**                   represented by  **Colleen K. Faherty**
                                        NYS Office of The Attorney General
                                        Executive Division - Office of Federal
                                        Initiatives
                                        28 Liberty St.
                                        18th Floor
                                        New York, NY 10005
                                        212-416-6046
                                        Fax: 212-416-6009
                                        Email: colleen.faherty@ag.ny.gov
                                        *LEAD ATTORNEY*
                                        *PRO HAC VICE*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of North Carolina**             represented by  **Daniel Paul Mosteller**
                                        North Carolina Department of Justice
                                        PO Box 629
                                        Raleigh, NC 27602
                                        919-716-6026
                                        Email: dmosteller@ncdoj.gov
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Oregon**                     represented by  **Thomas H. Castelli**
                                        Oregon Department of Justice
                                        Special Litigation Unit
                                        100 SW Market Street
                                        Portland, OR 97201
                                        971-673-1880
                                        Email: thomas.castelli@doj.oregon.gov
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Rhode Island**               represented by  **Kyla Duffy**
                                        RI Department of Attorney General
                                        Civil Division
                                        150 South Main Street
                                        Providence, RI 02903
                                        401-274-4400
                                        Email: kduffy@riag.ri.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Vermont**                                    represented by    **Ryan Patrick Kane**
                                                                          Attorney General's Office
                                                                          Ryan P. Kane
                                                                          109 State Street
                                                                          Montpelier, VT 05609
                                                                          802-828-2153
                                                                          Email: ryan.kane@vermont.gov
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Virginia**

**Plaintiff**

**State of Wisconsin**                                  represented by    **Lynn Kristine Lodahl**
                                                                          Wisconsin Department of Justice
                                                                          17 West Main Street
                                                                          Madison, WI 53703
                                                                          608-264-6219
                                                                          Email: lodahllk@doj.state.wi.us
                                                                          *LEAD ATTORNEY*
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josh Shapiro**
*in his official capacity as Governor of the*
*Commonwealth of Pennsylvania*

V.

**Defendant**

**Donald J Trump**                                      represented by    **Stephen Michael Pezzi**
*in his official capacity as President of the*                            United States Department of Justice
*United States*                                                           Civil Division
                                                                          Federal Programs Branch
                                                                          1100 L Street NW
                                                                          Washington, DC 20005
                                                                          202-305-8576
                                                                          Email: stephen.pezzi@usdoj.gov
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Esam Al-Shareffi**
                                                                          DOJ-Civ
                                                                          1100 L Street
                                                                          Rm 12520
                                                                          Washington, DC 20005
                                                                          845-536-4560

Email: esam.k.al-shareffi@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3971
Email: rayford.farquhar@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| United States Department of Justice | represented by | **Stephen Michael Pezzi** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Esam Al-Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| Todd Blanche | represented by | **Stephen Michael Pezzi** |
| *in his official capacity as Acting U.S.* | | (See above for address) |
| *Attorney General* | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Esam Al-Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| United States Department of Homeland Security | represented by | **Stephen Michael Pezzi** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Esam Al-Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Markwayne Mullin**                    represented by    **Stephen Michael Pezzi**
*in his official capacity as Secretary of the*             (See above for address)
*United States Department of Homeland*                    *LEAD ATTORNEY*
*Security*                                                *ATTORNEY TO BE NOTICED*

                                                          **Esam Al-Shareffi**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Rayford A. Farquhar**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**United States Social Security**        represented by    **Stephen Michael Pezzi**
**Administration**                                        (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Esam Al-Shareffi**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Rayford A. Farquhar**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Frank Bisignano**                      represented by    **Stephen Michael Pezzi**
*in his official capacity as Commissioner of*             (See above for address)
*the United States Social Security*                       *LEAD ATTORNEY*
*Administration*                                          *ATTORNEY TO BE NOTICED*

                                                          **Esam Al-Shareffi**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Rayford A. Farquhar**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**United States Postal Service**         represented by    **Stephen Michael Pezzi**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Esam Al-Shareffi**
                                                          (See above for address)

*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Steiner**
*in his official capacity as Postmaster General and Chief Executive Officer of the Postal Service*

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al-Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Doug Tolino**
*in his official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors*

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al-Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amber McReynolds**
*in her official capacity as Chair of the Postal Service Board of Governors*

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al-Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Derek T Kan**
*in his official capacity as Vice Chairman of the Postal Service Board of Governors*

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al-Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

Rayford A. Farquhar
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald Stroman**                          represented by  **Stephen Michael Pezzi**
*in his official capacity as a Member of the*                (See above for address)
*Postal Service Board of Governors*                          *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Esam Al-Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Tangherlini**                       represented by  **Stephen Michael Pezzi**
*in his official capacity as a Member of the*                (See above for address)
*Postal Service Board of Governors*                          *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Esam Al-Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Alabama**                         represented by  **Ian D. Prior**
                                                             611 Pennsylvania Ave
                                                             Washington, DC 20003
                                                             571-639-6711
                                                             Email: ian.prior@aflegal.org *(Inactive)*
                                                             *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Missouri**                        represented by  **Louis Joseph Capozzi , III**
                                                             Office of The Missouri Attorney General
                                                             Solicitor General
                                                             Office of Missouri Attorney General
                                                             815 Olive Street
                                                             St Louis, Missouri 63101, Suite 200
                                                             St Louis, MO 63101
                                                             717-802-2077
                                                             Email: louis.capozzi@ago.mo.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Benjamin Gilberg**
Missouri Attorney General's Office
815 Olive Street
St. Louis, MO 63101
551-265-6510
Email: benjamin.gilberg@ago.mo.gov
*ATTORNEY TO BE NOTICED*

**Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Michael Patton**
Office of The Missouri Attorney General
615 E. 13th Street
Suite 401
Kansas City, MO 64106
816-889-2250
Email: michael.patton@ago.mo.gov
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Florida**                          represented by   **Ian D. Prior**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Indiana**                          represented by   **Ian D. Prior**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Kansas**                           represented by   **Ian D. Prior**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James Rodriguez**
                                                               Kansas Attorney General's Office
                                                               120 SW 10th Ave
                                                               Topeka, KS 66612
                                                               785-368-8197
                                                               Email: jay.rodriguez@ag.ks.gov
                                                               *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Louisiana**                        represented by   **Ian D. Prior**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Montana**                          represented by   **Christian Brian Corrigan**
                                                               Attorney General's Office

Office of the Attorney General
215 North Sanders
Helena, MT 59601
406-444-2707
Email: christian.corrigan@mt.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Nebraska**                    represented by  **Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Oklahoma**                    represented by  **Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of South Carolina**              represented by  **Joseph David Spate**
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211
803-734-3371
Email: josephspate@scag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of South Dakota**                represented by  **Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Texas**                       represented by  **Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Raphael Kalikstein**                   represented by  **Raphael Kalikstein**
18 Lyncrest Drive
Monsey, NY 10952
PRO SE

**Amicus**

**State of Alabama**

represented by **Alexander Barrett Bowdre**
State of Alabama
Office of the Attorney General
501 Washington Ave.
PO Box 300152
Montgomery, AL 36130-0152
334-353-8892
Email: barrett.bowdre@alabamaag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Society for the Rule of Law**

represented by **Inga S. Bernstein**
Zalkind Duncan & Bernstein LLP
2 Oliver Street
Suite 200
Boston, MA 02109
617-742-6020
Email: ibernstein@zalkindlaw.com
*ATTORNEY TO BE NOTICED*

**Richard D. Bernstein**
1875 K Street N.W.
Washington, DC 20006
301-775-2064
Email: rbernsteinlaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Local Election Officials and Local Governments**

represented by **Jonathan Benjamin Miller**
Public Rights Project
490 43rd Street, #115
Oakland, CA 94609
646-831-6113
Email: jon@publicrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex M Goldstein**
Public Rights Project
490 43rd St.
Unit 115
Oakland, CA 94609
973-820-8233
Email:
alex.goldstein@publicrightsproject.org
*ATTORNEY TO BE NOTICED*

**Amicus**

| **Federation for American Immigration Reform** | represented by | **Matthew James O'Brien** <br> Federation for American Immigration Reform <br> 25 Massachusetts Avenue NW <br> Suite 330 <br> Washington, DC 20001 <br> 571-236-8146 <br> Email: mobrien@fairus.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
|---|---|---|

**Amicus**

**Sarah Adair**

**Amicus**

| **Wisconsin Democracy Campaign, Inc** | represented by | **Ruth M. Greenwood** <br> Harvard Election Law Clinic <br> 6 Everett St <br> Suite 4105 <br> Cambridge, MA 02138 <br> 202-560-0590 <br> Email: rgreenwood@law.harvard.edu <br> *ATTORNEY TO BE NOTICED* |
|---|---|---|

**Amicus**

| **EXPO of Wisconsin, Inc.** | represented by | **Ruth M. Greenwood** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
|---|---|---|

**Amicus**

| **Jaleyce Oraedu** | represented by | **Ruth M. Greenwood** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
|---|---|---|

**Amicus**

| **Jasmine Oraedu** | represented by | **Ruth M. Greenwood** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
|---|---|---|

**Amicus**

| **Aharon Shelef** | represented by | **Ruth M. Greenwood** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
|---|---|---|

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2026 | 1 | COMPLAINT *for Declaratory and Injunctive Relief* against All Defendants Filing fee: $ 405, receipt number AMADC-11655463 (Fee Status: Filing Fee paid), filed by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of |

| | | |
|---|---|---|
| | | Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Attachments: # 1 Civil Cover Sheet, # 2 Category Form)(Arslanian, Vanessa) (Entered: 04/03/2026) |
| 04/03/2026 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge Indira Talwani assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (NMC) (Entered: 04/03/2026) |
| 04/03/2026 | 3 | NOTICE of Appearance by Vanessa Azniv Arslanian on behalf of Commonwealth of Massachusetts (Arslanian, Vanessa) (Entered: 04/03/2026) |
| 04/03/2026 | 4 | Summons Issued as to Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (SEC) (Entered: 04/03/2026) |
| 04/06/2026 | 5 | NOTICE of Appearance by Jak Kundl on behalf of Commonwealth of Massachusetts (Kundl, Jak) (Entered: 04/06/2026) |
| 04/06/2026 | 6 | NOTICE of Appearance by Jared B. Cohen on behalf of Commonwealth of Massachusetts (Cohen, Jared) (Entered: 04/06/2026) |
| 04/06/2026 | 7 | MOTION for Leave to Appear Pro Hac Vice for admission of Peter Baumann, Shannon Stevenson Filing fee: $ 250, receipt number AMADC-11658360 by State of Colorado. (Attachments: # 1 PB Certification, # 2 SS Certification)(Kundl, Jak) (Entered: 04/06/2026) |
| 04/06/2026 | 8 | MOTION for Leave to Appear Pro Hac Vice for admission of Daniel P. Mosteller Filing fee: $ 125, receipt number AMADC-11658401 by State of North Carolina. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/06/2026) |
| 04/06/2026 | 9 | MOTION for Leave to Appear Pro Hac Vice for admission of Meghan K. Musso, Jonathan B. Mangel, Joshua P. Bohn Filing fee: $ 375, receipt number AMADC-11658423 by State of New Jersey. (Attachments: # 1 JB Certification, # 2 JM Certification, # 3 MM Certification)(Kundl, Jak) (Entered: 04/06/2026) |
| 04/06/2026 | 10 | MOTION for Leave to Appear Pro Hac Vice for admission of Eliza Simon Filing fee: $ 125, receipt number AMADC-11658884 by District of Columbia. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/06/2026) |
| 04/06/2026 | 11 | MOTION for Leave to Appear Pro Hac Vice for admission of Karl D. Smith, Cristina Sepe, Tera M. Heintz Filing fee: $ 375, receipt number AMADC-11658910 by State of Washington. (Attachments: # 1 Smith Certification, # 2 Sepe Certification, # 3 Heintz Certification)(Kundl, Jak) (Entered: 04/06/2026) |
| 04/07/2026 | 12 | Notice of Service of Process filed by Commonwealth of Massachusetts. Individual(s)/Entities served: Donald J. Trump, in his official capacity as President of the United States; United States Department of Justice; Todd Blanche, in his official capacity as Acting U.S. Attorney General; United States Department of Homeland |

| | | |
|---|---|---|
| | | Security; Markwayne Mullin, in his official capacity as Secretary for the Department of Homeland Security; United States Social Security Administration; Frank Bisignano, in his official capacity as Commissioner of the U.S. Social Security Administration; United States Postal Service; David Steiner, in his official capacity as Postmaster General and Chief Executive Officer of the Postal Service; Doug Tulino, in his official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service, and Member of the Postal Service Board of Governors; Amber McReynolds, in her official capacity as Chair of the Postal Service Board of Governors; Derek T. Kan, in his official capacity as Vice Chairman of the Postal Service Board of Governors; Ronald Stroman, in his official capacity as a Member of the Postal Service Board of Governors; and Daniel Tangherlini, in his official capacity as a Member of the Postal Service Board of Governors. (Attachments: # 1 Affidavit)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 13 | *Withdrawn* ~~MOTION for Leave to Appear Pro Hac Vice for admission of Brian Bilford, Luke Freedman, Joel Marrero, Michael Newman, Daniel Sheehan, Alyssa Zhang Filing fee: $ 750, receipt number AMADC-11661665 by State of California. (Attachments: # 1 BB Certification, # 2 LF Certification, # 3 JM Certification, # 4 MN Certification, # 5 DS Certification, # 6 AZ Certification)(Kundl, Jak)~~ Modified on 4/10/2026 (SEC). (Entered: 04/07/2026) |
| 04/07/2026 | 14 | MOTION for Leave to Appear Pro Hac Vice for admission of Kara Karlson, Karen J. Hartman-Tellez, Joshua M. Whitaker, Syreeta Tyrell Filing fee: $ 500, receipt number AMADC-11662781 by State of Arizona. (Attachments: # 1 KHT Certification, # 2 KK Certification, # 3 ST Certification, # 4 JW Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 15 | MOTION for Leave to Appear Pro Hac Vice for admission of Alex Hemmer, Vikas Didwania, Holly F.B. Berlin Filing fee: $ 375, receipt number AMADC-11662791 by State of Illinois. (Attachments: # 1 HB Certification, # 2 VD Certification, # 3 AH Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 16 | MOTION for Leave to Appear Pro Hac Vice for admission of Katherine W. Thompson Filing fee: $ 125, receipt number AMADC-11662802 by State of Maine. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 17 | MOTION for Leave to Appear Pro Hac Vice for admission of Daniel Kobrin, Virginia A. Williamson Filing fee: $ 250, receipt number AMADC-11662815 by State of Maryland. (Attachments: # 1 DK Certification, # 2 VW Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 18 | MOTION for Leave to Appear Pro Hac Vice for admission of Kyla Duffy Filing fee: $ 125, receipt number AMADC-11662817 by State of Rhode Island. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 19 | MOTION for Leave to Appear Pro Hac Vice for admission of Lynn Lodahl Filing fee: $ 125, receipt number AMADC-11662822 by State of Wisconsin. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 20 | MOTION for Leave to Appear Pro Hac Vice for admission of Ryan P. Kane Filing fee: $ 125, receipt number AMADC-11662829 by State of Vermont. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/07/2026) |

| | | |
|---|---|---|
| 04/07/2026 | 21 | MOTION for Leave to Appear Pro Hac Vice for admission of Anne P. Bellows, Malcolm A. Brudigam, Michael S. Cohen, Lisa C. Ehrlich Filing fee: $ 500, receipt number AMADC-11662835 by State of California. (Attachments: # 1 Bellows Certification, # 2 Brudigam Certification, # 3 Cohen Certification, # 4 Ehrlich Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 22 | MOTION for Leave to Appear Pro Hac Vice for admission of Seth E. Goldstein, Kevin L. Quade, Robert William Setrakian Filing fee: $ 375, receipt number AMADC-11662853 by State of California. (Attachments: # 1 Goldstein Certification, # 2 Quade Certification, # 3 Setrakian Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/08/2026 | 23 | NOTICE of Appearance by Rayford A. Farquhar on behalf of Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration (Farquhar, Rayford) (Main Document 23 replaced on 4/8/2026) (SEC). (Entered: 04/08/2026) |
| 04/08/2026 | 24 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 7 Motion for Leave to Appear Pro Hac Vice; granting 8 Motion for Leave to Appear Pro Hac Vice; granting 9 Motion for Leave to Appear Pro Hac Vice; granting 10 Motion for Leave to Appear Pro Hac Vice; granting 11 Motion for Leave to Appear Pro Hac Vice; granting 14 Motion for Leave to Appear Pro Hac Vice; granting 15 Motion for Leave to Appear Pro Hac Vice; granting 16 Motion for Leave to Appear Pro Hac Vice; granting 17 Motion for Leave to Appear Pro Hac Vice; granting 18 Motion for Leave to Appear Pro Hac Vice; granting 19 Motion for Leave to Appear Pro Hac Vice; granting 20 Motion for Leave to Appear Pro Hac Vice; granting 21 Motion for Leave to Appear Pro Hac Vice; granting 22 Motion for Leave to Appear Pro Hac Vice.<br><br>Added Peter Baumann, Shannon Stevenson, Daniel P. Mosteller, Meghan K. Musso, Jonathan B. Mangel, Joshua P. Bohn, Eliza Simon, Karl D. Smith, Cristina Sepe, Tera M. Heintz, Kara Karlson, Karen J. Hartman-Tellez, Joshua M. Whitaker, Syreeta Tyrell, Alex Hemmer, Vikas Didwania, Holly F.B. Berlin, Katherine W. Thompson, Daniel Kobrin, Virginia A. Williamson, Kyla Duffy, Lynn Lodahl, Ryan P. Kane, Anne P. Bellows, Malcolm A. Brudigam, Michael S. Cohen, Lisa C. Ehrlich, Seth E. Goldstein, Kevin L. Quade, and Robert William Setrakian..<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by each of the newly admitted attorneys.<br><br>(SEC) (Entered: 04/08/2026) |
| 04/09/2026 | 25 | NOTICE of Appearance by Daniel Paul Mosteller on behalf of State of North Carolina (Mosteller, Daniel) (Entered: 04/09/2026) |

| 04/09/2026 | 26 | MOTION to Withdraw 13 MOTION for Leave to Appear Pro Hac Vice for admission of Brian Bilford, Luke Freedman, Joel Marrero, Michael Newman, Daniel Sheehan, Alyssa Zhang Filing fee: $ 750, receipt number AMADC-11661665 by Commonwealth of Massachusetts.(Kundl, Jak) (Entered: 04/09/2026) |
|---|---|---|
| 04/09/2026 | 27 | NOTICE of Appearance by Joshua Paul Bohn on behalf of State of New Jersey (Bohn, Joshua) (Entered: 04/09/2026) |
| 04/09/2026 | 28 | NOTICE of Appearance by Eliza Simon on behalf of District of Columbia (Simon, Eliza) (Entered: 04/09/2026) |
| 04/09/2026 | 29 | NOTICE of Appearance by Virginia Anne Williamson on behalf of State of Maryland (Williamson, Virginia) (Entered: 04/09/2026) |
| 04/09/2026 | 30 | NOTICE of Appearance by Katherine Thompson on behalf of State of Maine (Thompson, Katherine) (Entered: 04/09/2026) |
| 04/10/2026 | 31 | Judge Indira Talwani: ELECTRONIC ORDER granting Motion to Withdraw Motion for Leave to Appear [ 26 ]. The Motion for Leave to Appear Pro Hace Vice for Admission of Brian Bilford, Luke Freedman, Joel Marrero, Michael Newman, Daniel Sheehan, and Alyssa Zhang [ 13 ] is withdrawn and shall be terminated on the docket. (SEC) (Entered: 04/10/2026) |
| 04/10/2026 | 32 | NOTICE of Appearance by Ryan Patrick Kane on behalf of State of Vermont (Kane, Ryan) (Entered: 04/10/2026) |
| 04/13/2026 | 33 | NOTICE of Appearance by Esam Al-Shareffi on behalf of Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration (Al-Shareffi, Esam) (Entered: 04/13/2026) |
| 04/13/2026 | 34 | NOTICE of Appearance by Michael Surren Cohen on behalf of State of California (Cohen, Michael) (Entered: 04/13/2026) |
| 04/13/2026 | 35 | NOTICE of Appearance by Anne P. Bellows on behalf of State of California (Bellows, Anne) (Entered: 04/13/2026) |
| 04/13/2026 | 36 | NOTICE of Appearance by Cristina Sepe on behalf of State of Washington (Sepe, Cristina) (Entered: 04/13/2026) |
| 04/13/2026 | 37 | Joint MOTION for Dispositive Motion Briefing Schedule and Hearing Date, or in the Alternative, a Preliminary Injunction Motion Briefing Schedule and Hearing Date by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Attachments: # 1 Exhibit A - Proposed Scheduling Order Re: Dispositive Motions, # 2 Exhibit B - Proposed Scheduling Order Re: Preliminary Injunction Motion)(Bellows, Anne) (Entered: 04/13/2026) |
| 04/14/2026 | 38 | Judge Indira Talwani: ELECTRONIC ORDER: allowing the parties' Joint Motion for Dispositive Motion Briefing Schedule and Hearing Date [Doc. No. 37 ]. (SEC) (Entered: 04/14/2026) |

| 04/14/2026 | 39 | Judge Indira Talwani: SCHEDULING ORDER entered. See attached. (SEC) (Entered: 04/14/2026) |
|---|---|---|
| 04/14/2026 | 40 | ELECTRONIC NOTICE Setting Hearing on Motion: Summary Judgment Motion Hearing set for 6/2/2026 10:00 AM in Courtroom 9 (In person only) before Judge Indira Talwani. (SEC) (Entered: 04/14/2026) |
| 04/14/2026 | 41 | NOTICE of Appearance by Alex Hemmer on behalf of State of Illinois (Hemmer, Alex) (Entered: 04/14/2026) |
| 04/14/2026 | 42 | NOTICE of Appearance by Stephen Michael Pezzi on behalf of Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration (Pezzi, Stephen) (Entered: 04/14/2026) |
| 04/14/2026 | 43 | MOTION for Leave to Appear Pro Hac Vice for admission of Lindsey E. Middlecamp, Allen Cook Barr, Angela Behrens Filing fee: $ 375, receipt number AMADC-11677414 by State of Minnesota. (Attachments: # 1 Middlecamp Certification, # 2 Behrens Certification, # 3 Barr Certification)(Kundl, Jak) (Entered: 04/14/2026) |
| 04/14/2026 | 44 | MOTION for Leave to Appear Pro Hac Vice for admission of Kiel Brunetti Ireland Filing fee: $ 125, receipt number AMADC-11677428 by State of Nevada. (Attachments: # 1 Ireland Certification)(Kundl, Jak) (Entered: 04/14/2026) |
| 04/14/2026 | 45 | MOTION for Leave to Appear Pro Hac Vice for admission of Maura Murphy Filing fee: $ 125, receipt number AMADC-11678574 by State of Connecticut. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/14/2026) |
| 04/14/2026 | 46 | MOTION for Leave to Appear Pro Hac Vice for admission of Ian R. Liston, Rose E. Gibson Filing fee: $ 250, receipt number AMADC-11678580 by State of Delaware. (Attachments: # 1 Liston Certification, # 2 Gibson Certification)(Kundl, Jak) (Entered: 04/14/2026) |
| 04/14/2026 | 47 | MOTION for Leave to Appear Pro Hac Vice for admission of Neil Giovanatti, Erik Grill Filing fee: $ 250, receipt number AMADC-11678583 by State of Michigan. (Attachments: # 1 Giovanatti Certification, # 2 Grill Certification)(Kundl, Jak) (Entered: 04/14/2026) |
| 04/14/2026 | 48 | NOTICE of Appearance by Robert William Setrakian on behalf of State of California (Setrakian, Robert) (Entered: 04/14/2026) |
| 04/14/2026 | 49 | NOTICE of Appearance by Karl D. Smith, I on behalf of State of Washington (Smith, Karl) (Entered: 04/14/2026) |
| 04/14/2026 | 50 | NOTICE of Appearance by Tera M Heintz on behalf of State of Washington (Heintz, Tera) (Entered: 04/14/2026) |
| 04/16/2026 | 51 | NOTICE of Appearance by Lisa Catherine Ehrlich on behalf of State of California (Ehrlich, Lisa) (Entered: 04/16/2026) |
| 04/16/2026 | 52 | NOTICE of Appearance by Kevin Lee Quade on behalf of State of California (Quade, Kevin) (Entered: 04/16/2026) |
| 04/16/2026 | 53 | NOTICE of Appearance by Shannon Wells Stevenson on behalf of State of Colorado (Stevenson, Shannon) (Entered: 04/16/2026) |

| 04/16/2026 | 54 | NOTICE of Appearance by Malcolm Andreas Brudigam on behalf of State of California (Brudigam, Malcolm) (Entered: 04/16/2026) |
|---|---|---|
| 04/16/2026 | 55 | MOTION to Transfer Case to District of Columbia. by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration.(Al-Shareffi, Esam) (Entered: 04/16/2026) |
| 04/16/2026 | 56 | MEMORANDUM in Support re 55 MOTION to Transfer Case to District of Columbia. filed by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration. (Al-Shareffi, Esam) (Entered: 04/16/2026) |
| 04/16/2026 | 57 | NOTICE of Appearance by Peter Baumann on behalf of State of Colorado (Baumann, Peter) (Entered: 04/16/2026) |
| 04/17/2026 | 58 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 43 Motion for Leave to Appear Pro Hac Vice; granting 44 Motion for Leave to Appear Pro Hac Vice; granting 45 Motion for Leave to Appear Pro Hac Vice; granting 46 Motion for Leave to Appear Pro Hac Vice; granting 47 Motion for Leave to Appear Pro Hac Vice. Added Lindsey E. Middlecamp, Allen Cook Barr, Angela Behrens, Kiel Brunetti Ireland, Maura Murphy, Ian R. Liston, Rose E. Gibson, Neil Giovanatti, and Erik Grill. **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. A Notice of Appearance must be entered on the docket by each of the newly admitted attorneys. (SEC) (Entered: 04/17/2026) |
| 04/17/2026 | 59 | NOTICE of Appearance by Neil Giovanatti on behalf of State of Michigan (Giovanatti, Neil) (Entered: 04/17/2026) |
| 04/17/2026 | 60 | NOTICE of Appearance by Jonathan B. Mangel on behalf of State of New Jersey (Mangel, Jonathan) (Entered: 04/17/2026) |
| 04/17/2026 | 61 | NOTICE of Appearance by Holly Berlin on behalf of State of Illinois (Berlin, Holly) (Entered: 04/17/2026) |
| 04/17/2026 | 62 | NOTICE of Appearance by Kiel Ireland on behalf of State of Nevada (Ireland, Kiel) (Entered: 04/17/2026) |
| 04/17/2026 | 63 | Judge Indira Talwani: ORDER entered. See attached. (SEC) (Entered: 04/17/2026) |
| 04/17/2026 | 64 | AMENDED COMPLAINT against All Plaintiffs, filed by State of Washington.(Sepe, Cristina) (Entered: 04/17/2026) |

| 04/17/2026 | 65 | AMENDED COMPLAINT against All Defendants, filed by State of Washington. (Sepe, Cristina) (Entered: 04/17/2026) |
| 04/20/2026 | 66 | NOTICE of Appearance by Erik Grill on behalf of State of Michigan (Grill, Erik) (Entered: 04/20/2026) |
| 04/20/2026 | 67 | NOTICE of Appearance by Vikas Didwania on behalf of State of Illinois (Didwania, Vikas) (Entered: 04/20/2026) |
| 04/20/2026 | 68 | NOTICE of Appearance by Joshua M. Whitaker on behalf of State of Arizona (Whitaker, Joshua) (Entered: 04/20/2026) |
| 04/20/2026 | 69 | NOTICE of Appearance by Syreeta Tyrell on behalf of State of Arizona (Tyrell, Syreeta) (Entered: 04/20/2026) |
| 04/20/2026 | 70 | NOTICE of Appearance by Kara M Karlson on behalf of State of Arizona (Karlson, Kara) (Entered: 04/20/2026) |
| 04/20/2026 | 71 | NOTICE of Appearance by Karen Hartman-Tellez on behalf of State of Arizona (Hartman-Tellez, Karen) (Entered: 04/20/2026) |
| 04/21/2026 | 72 | NOTICE of Appearance by Maura Bridget Murphy on behalf of State of Connecticut (Murphy, Maura) (Entered: 04/21/2026) |
| 04/21/2026 | 73 | MOTION to Intervene by State of Alabama, State of Alabama, State of Missouri, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas.(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 74 | MEMORANDUM in Support re 73 MOTION to Intervene filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 75 | MOTION to Transfer Case to D.D.C. by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas.(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 76 | MEMORANDUM in Support re 75 MOTION to Transfer Case to D.D.C. filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 77 | MOTION for Leave to Appear Pro Hac Vice for admission of Louis J. Capozzi by State of Missouri. (Attachments: # 1 Affidavit Certificate of Louis J. Capozzi)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 78 | MOTION for Leave to Appear Pro Hac Vice for admission of J. Michael Patton by State of Missouri. (Attachments: # 1 Affidavit Certificate of J. Michael Patton)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 79 | MOTION for Leave to Appear Pro Hac Vice for admission of Benjamin S. Gilberg by State of Missouri. (Attachments: # 1 Affidavit Certificate of Benjamin S. Gilberg) (Prior, Ian) (Entered: 04/21/2026) |

| 04/21/2026 | 80 | MOTION for Leave to Appear Pro Hac Vice for admission of David M.S. Dewhirst by State of Florida. (Attachments: # 1 Affidavit Certificate of David M.S. Dewhirst)(Prior, Ian) (Entered: 04/21/2026) |
|---|---|---|
| 04/21/2026 | 81 | MOTION for Leave to Appear Pro Hac Vice for admission of James A. Barta by State of Indiana. (Attachments: # 1 Affidavit Certificate of James A. Barta)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 82 | MOTION for Leave to Appear Pro Hac Vice for admission of James R. Rodriguez by State of Kansas. (Attachments: # 1 Affidavit Certificate of James R. Rodriguez)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 83 | MOTION for Leave to Appear Pro Hac Vice for admission of Garry M. Gaskins, II by State of Oklahoma. (Attachments: # 1 Affidavit Certificate of Garry M. Gaskins, II) (Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 84 | MOTION for Leave to Appear Pro Hac Vice for admission of Alexander Barrett Bowdre by State of Alabama. (Attachments: # 1 Affidavit Certification of Alexander Barrett Bowdre)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 85 | JOINT STATEMENT of counsel *in response to order dated April 17, 2026*. (Arslanian, Vanessa) (Entered: 04/21/2026) |
| 04/22/2026 | 86 | Opposition re 55 MOTION to Transfer Case to District of Columbia. filed by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Arslanian, Vanessa) (Entered: 04/22/2026) |
| 04/22/2026 | 87 | NOTICE of Appearance by Lindsey E Middlecamp on behalf of State of Minnesota (Middlecamp, Lindsey) (Entered: 04/22/2026) |
| 04/22/2026 | 88 | Judge Indira Talwani: ORDER entered. See attached. (SEC) (Entered: 04/22/2026) |
| 04/22/2026 | 89 | MOTION for Leave to Appear Pro Hac Vice for admission of Bailey Colfax Filing fee: $ 125, receipt number AMADC-11694712 by State of New Mexico. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/22/2026) |
| 04/22/2026 | 90 | MOTION for Leave to Appear Pro Hac Vice for admission of Thomas H. Castelli Filing fee: $ 125, receipt number AMADC-11694967 by State of Oregon. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/22/2026) |
| 04/22/2026 | 91 | NOTICE by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin re 73 MOTION to Intervene (Arslanian, Vanessa) (Entered: 04/22/2026) |
| 04/23/2026 | 92 | NOTICE of Appearance by Ian D. Prior on behalf of State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas (Prior, Ian) (Entered: 04/23/2026) |

| 04/23/2026 | 93 | Filing fee/payment: $ 750, receipt number AMADC-11696730 for 82 MOTION for Leave to Appear Pro Hac Vice for admission of James R. Rodriguez, 79 MOTION for Leave to Appear Pro Hac Vice for admission of Benjamin S. Gilberg, 81 MOTION for Leave to Appear Pro Hac Vice for admission of James A. Barta, 78 MOTION for Leave to Appear Pro Hac Vice for admission of J. Michael Patton, 77 MOTION for Leave to Appear Pro Hac Vice for admission of Louis J. Capozzi, 80 MOTION for Leave to Appear Pro Hac Vice for admission of David M.S. Dewhirst. (SEC) (Entered: 04/23/2026) |
| 04/23/2026 | 94 | MOTION for Leave to Appear Pro Hac Vice for admission of Cody S. Barnett Filing fee: $ 125, receipt number AMADC-11696828 by State of Nebraska. (Attachments: # 1 Affidavit Certification of Cody S. Barnett)(Prior, Ian) (Entered: 04/23/2026) |
| 04/23/2026 | 95 | MOTION for Leave to Appear Pro Hac Vice for admission of J. Benjamin Aguinaga Filing fee: $ 125, receipt number AMADC-11696860 by State of Louisiana. (Attachments: # 1 Affidavit Certification of J. Benjamin Aguinaga)(Prior, Ian) (Entered: 04/23/2026) |
| 04/23/2026 | 96 | NOTICE OF ATTORNEY PAYMENT OF FEES as to 82 MOTION for Leave to Appear Pro Hac Vice for admission of James R. Rodriguez, 83 MOTION for Leave to Appear Pro Hac Vice for admission of Garry M. Gaskins, II, 84 MOTION for Leave to Appear Pro Hac Vice for admission of Alexander Barrett Bowdre by Intervenor Defendants State of Alabama, State of Kansas, State of Oklahoma, State of Texas. Filing fee $ 375, receipt number AMADC-11696867. Payment Type : PRO HAC VICE. (Prior, Ian) (Entered: 04/23/2026) |
| 04/23/2026 | 97 | MOTION for Summary Judgment -- *Plaintiff States' Motion for Summary Judgment, Declaratory Relief, and Permanent Injunction* by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Attachments: # 1 Proposed Order Granting Plaintiff States' Motion for Summary Judgment, Declaratory Relief, and Permanent Injunction) (Cohen, Michael) (Entered: 04/23/2026) |
| 04/23/2026 | 98 | Judge Indira Talwani: ELECTRONIC ORDER. Plaintiffs and Defendants shall file responses to the Proposed Intervenors' [ 73 ] Motion to Intervene on or before noon on April 27, 2026. Defendants shall file, under a joint caption, a single response to the motions filed by Proposed Intervenors in this case and in League of Women Voters, 26-cv-11549. Proposed Intervenors may file, on or before April 28, 2026, a single reply, under a joint caption, in this case and in League of Women Voters, 26-cv-11549.(SEC) (Entered: 04/23/2026) |
| 04/23/2026 | 99 | NOTICE of Appearance by Inga S. Bernstein on behalf of Society for the Rule of Law (Bernstein, Inga) (Entered: 04/23/2026) |
| 04/23/2026 | 100 | DECLARATION re 97 MOTION for Summary Judgment -- *Plaintiff States' Motion for Summary Judgment, Declaratory Relief, and Permanent Injunction* by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. |

(Attachments: # 1 Declaration of Jana M. Lean, Chief of the Elections Division, Office of the California Secretary of State, # 2 Declaration of Michelle Tassinari, First Deputy Secretary, Office of the Secretary of the Commonwealth of Massachusetts, # 3 Declaration of Mark Wlaschin, Deputy Secretary of State for Elections, Office of the Nevada Secretary of State, # 4 Declaration of Stuart Holmes, Director of Elections, Office of the Washington Secretary of the State, # 5 Declaration of Keely Varvel, Assistant Secretary of State of the State of Arizona, # 6 Declaration of Hilary Rudy, Deputy State Elections Director, Office of the Colorado Secretary of State, # 7 Declaration of Gabe Rosenberg, Chief of Staff and General Counsel, Office of the Connecticut Secretary of the State, # 8 Declaration of Anthony J. Albence, State Election Commissioner for the State of Delaware, # 9 Declaration of Alice P. Miller, Senior Policy Advisor for the District of Columbia Board of Elections, # 10 Declaration of Julie L. Flynn, Deputy Secretary of State, Office of the Maine Secretary of State, # 11 Declaration of Katherine Berry, Deputy Administrator of the Maryland State Board of Elections, # 12 Declaration of Jonathan Brater, Director of the Bureau of Elections, Office of the Michigan Secretary of State, # 13 Declaration of John Strodtbeck, Administrator of the Employee Engagement and Quality Division, Michigan Department of States (MDOS), # 14 Declaration of Paul Linnell, Elections Director, Office of the Minnesota Secretary of State, # 15 Declaration of Donna Barber, Executive Director of the New Jersey Department of State, Division of Elections, Office of the New Jersey Secretary of State, # 16 Declaration of Mandy Vigil, Election Director, Office of the New Mexico Secretary of State, # 17 Declaration of Kristen Zebrowski Stavisky, Co-Executive Director of the New York State Board of Elections, Chief State Election Official, # 18 Declaration of Marc Brunton, Assistant Deputy Attorney General, North Carolina Department of Justice, # 19 Declaration of Dena Dawson, Election Director, Office of the Oregon Secretary of State, # 20 Declaration of Jonathan Marks, Deputy Secretary for Elections and Commissions, Department of State in the Commonwealth of Pennsylvania, # 21 Declaration of Rob Rock, Deputy Secretary of State/Director of Administration, Office of the Rhode Island Secretary of State, # 22 Declaration of Sarah Copeland Hanzas, Secretary of State of the State of Vermont, # 23 Declaration of Steven L. Koski, Commissioner of Elections for the Commonwealth of Virginia, # 24 Declaration of Edmund Michalowski, Deputy Clerk for Elections, Office of the Cook County Clerk, State of Illinois, # 25 Declaration of Julie Wise, Director of Elections for Martin Luther King, Jr. County (King County), State of Washington, # 26 Declaration of Elena Hilby, MMC, WCPC, CPM, City Clerk, City of Sun Prairie, State of Wisconsin)(Cohen, Michael) (Entered: 04/23/2026)

| | | |
|---|---|---|
| 04/23/2026 | 101 | MOTION for Leave to Appear Pro Hac Vice for admission of Richard Bernstein Filing fee: $ 125, receipt number AMADC-11697383 by Society for the Rule of Law. (Attachments: # 1 Exhibit)(Bernstein, Inga) (Entered: 04/23/2026) |
| 04/23/2026 | 102 | MOTION for Leave to File by Society for the Rule of Law. (Attachments: # 1 Exhibit) (Bernstein, Inga) (Entered: 04/23/2026) |
| 04/23/2026 | 103 | DECLARATION re 97 MOTION for Summary Judgment -- *Plaintiff States' Motion for Summary Judgment, Declaratory Relief, and Permanent Injunction -- Declaration of Michael S. Cohen in Support of Plaintiff States' Motion for Summary Judgment* by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Attachments: # 1 Exhibit A - Truth Social Post, # 2 Exhibit B - EO Fact Sheet, # 3 |

| | | |
|---|---|---|
| | | Exhibit C - SAVE Fact Sheet, # 4 Exhibit D - NC Audit, # 5 Exhibit E - Move Stats, # 6 Exhibit F - Naturalization, # 7 Exhibit G - Official Mail Guide, # 8 Exhibit H - 2024 Report)(Cohen, Michael) (Entered: 04/23/2026) |
| 04/23/2026 | 104 | Request for Judicial Notice *in Support of Plaintiff States' Motion for Summary Judgment, Declaratory Relief, and Permanent Injunction* by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Cohen, Michael) (Entered: 04/23/2026) |
| 04/23/2026 | 105 | Statement of Material Facts L.R. 56.1 re 97 MOTION for Summary Judgment -- *Plaintiff States' Motion for Summary Judgment, Declaratory Relief, and Permanent Injunction* filed by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Cohen, Michael) (Entered: 04/23/2026) |
| 04/23/2026 | 106 | MEMORANDUM in Support re 97 MOTION for Summary Judgment -- *Plaintiff States' Motion for Summary Judgment, Declaratory Relief, and Permanent Injunction* filed by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Cohen, Michael) (Entered: 04/23/2026) |
| 04/24/2026 | 107 | NOTICE of Appearance by Lindsey E Middlecamp on behalf of State of Minnesota (Middlecamp, Lindsey) (Entered: 04/24/2026) |
| 04/24/2026 | 108 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 90 MOTION for Leave to Appear Pro Hac Vice, 82 MOTION for Leave to Appear Pro Hac Vice, 89 MOTION for Leave to Appear Pro Hac Vice, 83 MOTION for Leave to Appear Pro Hac Vice, 78 MOTION for Leave to Appear Pro Hac Vice, 79 MOTION for Leave to Appear Pro Hac Vice, 80 MOTION for Leave to Appear Pro Hac Vice, 94 MOTION for Leave to Appear Pro Hac Vice, 84 MOTION for Leave to Appear Pro Hac Vice, 95 MOTION for Leave to Appear Pro Hac Vice, 101 MOTION for Leave to Appear Pro Hac Vice, 81 MOTION for Leave to Appear Pro Hac Vice, and 77 MOTION for Leave to Appear Pro Hac Vice. Added Louis J. Capozzi, J. Michael Patton, Benjamin S. Gilberg, David M.S. Dewhirst, James A. Barta, James R. Rodriguez, Garry M. Gaskins, Alexander Barrett Bowdre, Bailey Colfax, Thomas H. Castelli, Cody S. Barnett, J. Benjamin Aguinaga, and Richard Bernstein. **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |

Pro Hac Vice Admission Request Instructions
https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.

A Notice of Appearance must be entered on the docket by each of the newly admitted attorneys.

(SEC) (Entered: 04/24/2026)

| 04/24/2026 | 109 | RESPONSE to Motion re 73 MOTION to Intervene filed by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration. (Al-Shareffi, Esam) (Entered: 04/24/2026) |
|---|---|---|
| 04/24/2026 | 110 | NOTICE of Appearance by Angela Behrens on behalf of State of Minnesota (Behrens, Angela) (Entered: 04/24/2026) |
| 04/24/2026 | 111 | NOTICE of Appearance by Richard D. Bernstein on behalf of Society for the Rule of Law (Bernstein, Richard) (Entered: 04/24/2026) |
| 04/24/2026 | 112 | NOTICE of Appearance by Allen Barr on behalf of State of Minnesota (Barr, Allen) (Entered: 04/24/2026) |
| 04/27/2026 | 113 | Opposition re 73 MOTION to Intervene filed by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Arslanian, Vanessa) (Entered: 04/27/2026) |
| 04/27/2026 | 114 | MOTION for Leave to Appear Pro Hac Vice for admission of Jason Muehlhoff Filing fee: $ 125, receipt number AMADC-11701402 by State of Florida. (Attachments: # 1 Affidavit Certificate of Jason Muehlhoff)(Prior, Ian) (Entered: 04/27/2026) |
| 04/27/2026 | 115 | MOTION for Leave to Appear Pro Hac Vice for admission of Joseph D. Spate Filing fee: $ 125, receipt number AMADC-11701415 by State of South Carolina. (Attachments: # 1 Affidavit Certificate of Joseph D. Spate)(Prior, Ian) (Entered: 04/27/2026) |
| 04/27/2026 | 116 | Judge Indira Talwani: ELECTRONIC ORDER granting 102 unopposed Motion for Leave to File Brief as Amicus Curiae of the Society for the Rule of Law; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (MAP) (Entered: 04/27/2026) |
| 04/27/2026 | 117 | AMICUS BRIEF filed by Society for the Rule of Law . (Bernstein, Inga) (Entered: 04/27/2026) |
| 04/27/2026 | 118 | NOTICE of Appearance by James Rodriguez on behalf of State of Kansas (Rodriguez, James) (Entered: 04/27/2026) |
| 04/28/2026 | 119 | MOTION for Leave to Appear Pro Hac Vice for admission of David Bryant Filing fee: $ 125, receipt number AMADC-11705713 by State of Texas. (Attachments: # 1 Affidavit Certification of David Bryant)(Prior, Ian) (Entered: 04/28/2026) |

| 04/28/2026 | 120 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 114 Motion for Leave to Appear Pro Hac Vice Added Jason Muehlhoff.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/28/2026) |
| 04/28/2026 | 121 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 115 Motion for Leave to Appear Pro Hac Vice Added Joseph D. Spate.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/28/2026) |
| 04/28/2026 | 122 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 119 Motion for Leave to Appear Pro Hac Vice Added David Bryant.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/28/2026) |
| 04/28/2026 | 123 | NOTICE of Appearance by Alexander Barrett Bowdre on behalf of State of Alabama (Bowdre, Alexander) (Entered: 04/28/2026) |
| 04/28/2026 | 124 | NOTICE of Appearance by John Michael Patton on behalf of State of Missouri (Patton, John) (Entered: 04/28/2026) |

| 04/28/2026 | 125 | NOTICE of Appearance by Louis Joseph Capozzi, III on behalf of State of Missouri (Capozzi, Louis) (Entered: 04/28/2026) |
|---|---|---|
| 04/28/2026 | 126 | Judge Indira Talwani: MEMORANDUM AND ORDER entered. Finding that Defendants have not met their burden to show that transfer to the U.S. District Court for the District of Columbia would be in the interest of justice, the Motion to Transfer [Doc. No. 55 ] is DENIED. **IT IS SO ORDERED.** (MAP) . (Entered: 04/28/2026) |
| 04/28/2026 | 127 | REPLY to Response to 73 MOTION to Intervene filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Prior, Ian) (Entered: 04/28/2026) |
| 04/29/2026 | 128 | NOTICE of Appearance by Meghan Musso on behalf of State of New Jersey (Musso, Meghan) (Entered: 04/29/2026) |
| 04/29/2026 | 129 | MOTION for Leave to Appear Pro Hac Vice for admission of Christian B. Corrigan Filing fee: $ 125, receipt number AMADC-11707857 by State of Montana. (Attachments: # 1 Affidavit Certification of Christian B. Corrigan)(Prior, Ian) (Entered: 04/29/2026) |
| 04/29/2026 | 130 | NOTICE of Appearance by Thomas H. Castelli on behalf of State of Oregon (Castelli, Thomas) (Entered: 04/29/2026) |
| 04/29/2026 | 131 | Judge Indira Talwani: ELECTRONIC ORDER terminating proposed Intervenors' Motion to Transfer[ 75 ]. See Mem. & Order 2-3 n.2[ 126 ]. (MAP) (Entered: 04/30/2026) |
| 04/30/2026 | 132 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 129 Motion for Leave to Appear Pro Hac Vice Added Christian B. Corrigan. **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. A Notice of Appearance must be entered on the docket by the newly admitted attorney. (MAP) (Entered: 04/30/2026) |
| 04/30/2026 | 133 | NOTICE of Appearance by Joseph David Spate on behalf of State of South Carolina (Spate, Joseph) (Entered: 04/30/2026) |
| 04/30/2026 | 134 | MOTION for Leave to File *Amici Curiae Brief* by Local Election Officials and Local Governments. (Attachments: # 1 Exhibit Proposed Amicus Brief)(Miller, Jonathan) (Entered: 04/30/2026) |

| 04/30/2026 | 135 | Notice of Supplemental Authorities re 73 MOTION to Intervene (Attachments: # 1 Exhibit DDC Minute Order)(Prior, Ian) (Entered: 04/30/2026) |
|---|---|---|
| 04/30/2026 | 136 | NOTICE of Appearance by Bailey Colfax on behalf of State of New Mexico (Colfax, Bailey) (Entered: 04/30/2026) |
| 05/01/2026 | 137 | Judge Indira Talwani: ELECTRONIC ORDER entered **allowing** 134 MOTION for Leave to File Amici Curiae Brief ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (MAP) (Entered: 05/01/2026) |
| 05/01/2026 | 138 | AMICUS BRIEF filed by Local Election Officials and Local Governments . (Miller, Jonathan) (Entered: 05/01/2026) |
| 05/01/2026 | 139 | MOTION for Leave to Appear Pro Hac Vice for admission of Alex Goldstein Filing fee: $ 125, receipt number AMADC-11714745 by Local Election Officials and Local Governments. (Attachments: # 1 Exhibit Exhibit)(Miller, Jonathan) (Entered: 05/01/2026) |
| 05/01/2026 | 140 | Judge Indira Talwani: Applicants' Motion to Intervene [Doc No. 73 ] is DENIED, but Applicants may participate as *amicus curiae*. Where Applicants have been granted leave to intervene in Civil Action No. 1:26-cv-11581, and where briefing on certain motions has been consolidated with briefing in that action, see Order [Doc. No. 88 ], Applicants may cross-file their briefs as intervenors in Civil Action No. 1:26-cv-11549 as briefs of *amicus curiae* in this action. See attached Order. (MAP) (Entered: 05/01/2026) |
| 05/01/2026 | 141 | NOTICE OF APPEAL as to 140 Order on Motion to Intervene,, by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. Filing fee: $ 605, receipt number AMADC-11715739 Fee Status: Not Exempt. <br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf.** US District Court Clerk to deliver official record to Court of Appeals by 5/21/2026. (Prior, Ian) (Entered: 05/01/2026) |
| 05/01/2026 | 142 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 139 Motion for Leave to Appear Pro Hac Vice Added Alex Goldstein.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. |

| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 05/01/2026) |
|---|---|---|
| 05/01/2026 | 143 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 141 Notice of Appeal. (MAP) (Entered: 05/01/2026) |
| 05/01/2026 | 144 | USCA Case Number 26-1506 for 141 Notice of Appeal, filed by State of Oklahoma, State of Indiana, State of Kansas, State of South Dakota, State of South Carolina, State of Montana, State of Florida, State of Alabama, State of Texas, State of Nebraska, State of Missouri, State of Louisiana. (MAP) (Entered: 05/01/2026) |
| 05/04/2026 | 145 | NOTICE of Appearance by Christian Brian Corrigan on behalf of State of Montana (Corrigan, Christian) (Entered: 05/04/2026) |
| 05/05/2026 | 146 | MOTION for Leave to Appear Pro Hac Vice for admission of Colleen Kelly Faherty Filing fee: $ 125, receipt number AMADC-11721453 by State of New York. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 05/05/2026) |
| 05/05/2026 | 147 | MOTION for Leave to Appear Pro Hac Vice for admission of Lynn Lodahl Filing fee: $ 125, receipt number AMADC-11721463 by State of Wisconsin. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 05/05/2026) |
| 05/05/2026 | 148 | Amicus Curiae APPEARANCE entered by Alex M Goldstein on behalf of Local Election Officials and Local Governments.(Goldstein, Alex)<br><br>**Modified on 5/6/2026 to Correct Docket Text and CM/ECF Filing Event as Counsel Filed The Appearance Under the Wrong Event in CM/ECF (MAP).**<br><br>(Entered: 05/05/2026) |
| 05/06/2026 | 149 | Judge Indira Talwani: ELECTRONIC ORDER granting 146 Motion for Leave to Appear Pro Hac Vice Added Colleen Kelly Faherty.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account.<br><br>(MAP) (Entered: 05/06/2026) |
| 05/06/2026 | 150 | Judge Indira Talwani: ELECTRONIC ORDERgranting 147 Motion for Leave to Appear Pro Hac Vice Added Lynn Lodahl.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account.<br><br>(MAP) (Entered: 05/06/2026) |

7/7/26, 1:03 AM                    CM/ECF - USDC Massachusetts - Version 6.8.5 as of 12/19/2025

| 05/06/2026 | 151 | NOTICE of Appearance by Colleen K. Faherty on behalf of State of New York (Faherty, Colleen) (Entered: 05/06/2026) |
|---|---|---|
| 05/07/2026 | 152 | Notice of Service of Process filed by Commonwealth of Massachusetts. Individual(s)/Entities served: United States Citizenship and Immigration Services; Joseph Edlow, in his official capacity as Director of U.S. Citizenship and Immigration Services; United States Department of Commerce; Howard Lutnick, in his official capacity as Secretary of Commerce.. (Attachments: # 1 Affidavit)(Kundl, Jak) (Entered: 05/07/2026) |
| 05/07/2026 | 153 | AMICUS BRIEF filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas . (Prior, Ian) (Entered: 05/07/2026) |
| 05/07/2026 | 154 | MOTION to Dismiss by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration.(Pezzi, Stephen) (Entered: 05/07/2026) |
| 05/07/2026 | 155 | Defendants' Statement of Material Facts L.R. 56.1 in Response 105 Plaintiffs' Statement of Material Facts L.R. 56.1 filed by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration. (Al-Shareffi, Esam)<br><br>**Modified on 5/8/2026 to Correct Docket Text and CM/ECF Document Link (MAP).**<br><br>(Entered: 05/07/2026) |
| 05/07/2026 | 156 | EXHIBIT re 154 MOTION to Dismiss by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration. (Attachments: # 1 Ex. 1 - Decl. of M. Mayhew (USCIS), # 2 Ex. 2 - Decl. of J.B. MacBride (SSA), # 3 Ex. 3 - Decl. of S. Monteith (USPS))(Pezzi, Stephen) (Entered: 05/07/2026) |
| 05/07/2026 | 157 | MEMORANDUM in Support re 154 MOTION to Dismiss and OPPOSITION 97 California Plaintiffs' Motion for Summary Judgment and the LWVMA Plaintiffs' Motion for a Preliminary Injunction (Combined) filed by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration. (Pezzi, Stephen)<br><br>**Modified on 5/8/2026 to Correct Docket Text and CM/ECF Document Link (MAP).**<br><br>(Entered: 05/07/2026) |
| 05/11/2026 | 158 | MOTION for Leave to Appear Pro Hac Vice for admission of Grant Michael Flynn Filing fee: $ 125, receipt number AMADC-11735538 by State of South Dakota. |

|  |  | (Attachments: # 1 Affidavit Certification of Grant Michael Flynn)(Prior, Ian) (Entered: 05/11/2026) |
|---|---|---|
| 05/11/2026 | 159 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 158 Motion for Leave to Appear Pro Hac Vice Added Grant Michael Flynn. <br><br> **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** <br><br> Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. <br><br> A Notice of Appearance must be entered on the docket by the newly admitted attorney. <br><br> (MAP) (Entered: 05/11/2026) |
| 05/12/2026 | 160 | **This document has been STRICKEN from the record pursuant to Electronic Order [#171].** ~~Proposed Document(s) submitted by Raphael Kalikstein. Document received: Proposed Amicus Brief. (Attachments: # 1 Envelope)(MAP) (Additional attachment(s) added on 5/12/2026: # 2 Exhibits (Restricted Due To Personal Identifiers)) (MAP).~~ (Entered: 05/12/2026) |
| 05/12/2026 | 161 | NOTICE of Appearance by Matthew James O'Brien on behalf of Federation for American Immigration Reform (O'Brien, Matthew) (Entered: 05/12/2026) |
| 05/12/2026 | 162 | Consent MOTION for Leave to File *in support of Defendants motion to dismiss* by Federation for American Immigration Reform. (Attachments: # 1 Amicus Brief, # 2 Proposed Order)(O'Brien, Matthew) (Entered: 05/12/2026) |
| 05/14/2026 | 163 | Opposition re 154 MOTION to Dismiss *and REPLY in Support of Plaintiff States' Motion for Summary Judgment re 97* filed by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Cohen, Michael) (Entered: 05/14/2026) |
| 05/18/2026 | 164 | Judge Indira Talwani: ELECTRONIC ORDER **allowing** 162 Motion for Leave to File Amicus Curiae Brief; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (MAP) (Entered: 05/18/2026) |
| 05/18/2026 | 165 | AMICUS BRIEF filed by Federation for American Immigration Reform *in support of Defendants' Motion to Dismiss*. (O'Brien, Matthew) (Entered: 05/18/2026) |

| 05/22/2026 | 166 | DECLARATION *(Ex. 1 to Defs.' Reply in Support of Motion to Dismiss - Supplemental Mayhew Declaration (May 22, 2026))* by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration. (Pezzi, Stephen) (Entered: 05/22/2026) |
|---|---|---|
| 05/22/2026 | 167 | REPLY to Response to 154 MOTION to Dismiss filed by Frank Bisignano, Todd Blanche, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration. (Pezzi, Stephen) (Entered: 05/22/2026) |
| 05/28/2026 | 168 | Notice of Supplemental Authorities re 154 MOTION to Dismiss (Attachments: # 1 Ex. 1 - Opinion in DSCC v. Trump (D.D.C. May 28, 2026))(Pezzi, Stephen) (Entered: 05/28/2026) |
| 05/29/2026 | 169 | NOTICE Case Developments by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration (Al-Shareffi, Esam) **Modified on 5/31/2026 to Update Docket Text** (MAP). (Entered: 05/29/2026) |
| 05/29/2026 | 170 | NOTICE of Appearance by Michael P. Moore, Jr on behalf of Commonwealth of Massachusetts (Moore, Michael) (Entered: 05/29/2026) |
| 06/01/2026 | 171 | Judge Indira Talwani: ELECTRONIC ORDER striking Raphael Kalikstein's Amicus Brief in Support of Defendant [ 160 ] and attachments [[160-1, 160-2]] as filed without leave of court. (MAP) (Entered: 06/01/2026) |
| 06/01/2026 | 172 | Copy re 171 Electronic Order mailed to Raphael Kalikstein on June 1, 2026. (MAP) (Entered: 06/01/2026) |
| 06/01/2026 | 173 | Judge Indira Talwani: ELECTRONIC ORDER: on April 22, 2026, court consolidated League of Women Voters of Massachusetts, et al. v. Donald J. Trump, et al., 26-cv-11549, and State of California, et al. v. Donald J. Trump, et al., 26-cv-11581, "for hearing on the motions identified in the [parties' April 21, 2026] Joint Statement." Since that time, the court has granted various parties leave to participate as amicus curiae in connection with the briefing on those motions. Those parties granted leave to participate as amicus curiae who filed an amicus brief with a consolidated caption but on only one of the two dockets should promptly file a copy of the brief on the other docket. Associated Cases: 1:26-cv-11581-IT, 1:26-cv-11549-IT(MAP) (Entered: 06/01/2026) |
| 06/01/2026 | 174 | Amicus Curiae APPEARANCE entered by Benjamin Gilberg on behalf of State of Missouri (Gilberg, Benjamin) **Modified on 6/1/2026 to correct Docket Text as Counsel Filed the Appearance Under the Wrong Event in CM/ECF (MAP).** (Entered: 06/01/2026) |
| 06/01/2026 | 175 | AMICUS BRIEF filed by Sarah Adair . (Munoz, Ana) (Entered: 06/01/2026) |

| 06/01/2026 | 176 | Amicus Curiae APPEARANCE entered by Ruth M. Greenwood on behalf of Wisconsin Democracy Campaign, Inc, EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, Aharon Shelef. (Greenwood, Ruth) (Main Document 176 replaced on 6/8/2026 Due To Missing Signature and Typographical Error in the Party Name) (MAP). (Entered: 06/01/2026) |
|---|---|---|
| 06/01/2026 | 177 | AMICUS BRIEF filed by EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, Aharon Shelef, Wisconsin Democracy Campaign, Inc . (Greenwood, Ruth) **(Main Document 177 Replaced on 6/4/2026 to Remove Double ECF Headers) (MAP).** (Entered: 06/01/2026) |
| 06/02/2026 | 178 | Electronic Clerk's Notes for proceedings held before Judge Indira Talwani: Motion hearing held on 6/2/2026 in 1:26-cv-11549-IT League of Women Voters of Massachusetts et al v. Trump et al and 1:26-cv-11581-IT State of California et al v. Trump et al. Cases called. Court heard argument from counsel. Motions taken under advisement.<br><br>(Court Reporter: Robert Paschal at rwp.reporter@gmail.com.) (Attorneys present: Anne Bellows, Michael Cohen, Kiel Ireland, Vanessa Arslanian, Theresa J. Lee, Sophia Lin Lakin, Jessie Rossman, Eliza Sweren, Clay Pierce, Stephen M. Pezzi, Esam Al-Shareffi, Louis Capozzi, Benjamin Gilberg, J. Michael Patton) Associated Cases: 1:26-cv-11549-IT, 1:26-cv-11581-IT(GAM) (Entered: 06/02/2026) |
| 06/04/2026 | 179 | Judge Indira Talwani: ELECTRONIC ORDER: the court previously denied Applicant States' Motion to Intervene [ 73 ] in this action (but allowed them to participate as amici curiae). See Mem. and Order [ 140 ]. As stated during the June 2, 2026 consolidated hearing on Plaintiff States' Motion for Summary Judgment [ 97 ] and Defendants' Motion to Dismiss [ 154 ] in this matter and Plaintiff Organizations' Motion for a Preliminary Injunction [ 73 ] and Defendants' and Intervenor States' Motions to Dismiss in League of Women Voters of Massachusetts et al. v. Trump et al., No. 1:26-cv-11549 (Doc. Nos. 124, 126) (where the court granted the same applicant states permissive intervention), following review of the briefing in both matters, and finding that Defendants have provided only a limited response on the merits of the pending Motion for Summary Judgment [ 97 ], the court vacates its prior denial of permissive intervention and GRANTS Applicant States' Motion to Intervene [Doc. No. 73] pursuant to Federal Rule of Civil Procedure 24(b). The court allowed counsel for Intervenor States to participate at the June 2, 2026 hearing and treats the amicus brief [ 153 ] as Intervenor States' opposition to Plaintiff States' pending Motion for Summary Judgment [ 97 ]. (MAP) (Entered: 06/04/2026) |
| 06/05/2026 | 180 | NOTICE by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration *Notice of Case Developments* (Al-Shareffi, Esam) (Entered: 06/05/2026) |
| 06/08/2026 | 181 | Transcript of Motion Hearing held on June 2, 2026, before Judge Indira Talwani. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Robert Paschal at rwp.reporter@gmail.com. Redaction Request due 6/29/2026. Redacted Transcript Deadline set for 7/9/2026. Release of Transcript Restriction set for 9/8/2026.<br>Associated Cases: 1:26-cv-11549-IT, 1:26-cv-11581-IT (DRK) (Entered: 06/08/2026) |

| 06/08/2026 | 182 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm Associated Cases: 1:26-cv-11549-IT, 1:26-cv-11581-IT (DRK) (Entered: 06/08/2026) |
|---|---|---|
| 06/08/2026 | 183 | NOTICE by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration *Notice of Case Developments* (Al-Shareffi, Esam) (Entered: 06/08/2026) |
| 06/08/2026 | 184 | USCA Judgment as to 141 Notice of Appeal, filed by State of Oklahoma, State of Indiana, State of Kansas, State of South Dakota, State of South Carolina, State of Montana, State of Florida, State of Alabama, State of Texas, State of Nebraska, State of Missouri, State of Louisiana (MAP) (Entered: 06/09/2026) |
| 06/08/2026 | 185 | MANDATE of USCA as to 141 Notice of Appeal, filed by State of Oklahoma, State of Indiana, State of Kansas, State of South Dakota, State of South Carolina, State of Montana, State of Florida, State of Alabama, State of Texas, State of Nebraska, State of Missouri, State of Louisiana. Appeal 141 Terminated (MAP) (Entered: 06/09/2026) |
| 06/10/2026 | 186 | NOTICE of Appearance by Kyla Duffy on behalf of State of Rhode Island (Duffy, Kyla) (Entered: 06/10/2026) |
| 06/17/2026 | 187 | NOTICE of Appearance by Ian Liston on behalf of State of Delaware (Liston, Ian) (Entered: 06/17/2026) |
| 06/18/2026 | 188 | NOTICE by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration *(Notice of Filing of June 8, 2026 DHS Memo)* (Attachments: # 1 Ex. 1 - June 8, 2026 DHS Memo)(Pezzi, Stephen) (Entered: 06/18/2026) |
| 06/18/2026 | 189 | NOTICE by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration *Notice of Case Developments* (Al-Shareffi, Esam) (Entered: 06/18/2026) |
| 06/18/2026 | 190 | Judge Indira Talwani: MEMORANDUM & ORDER entered.<br><br>For all of the above reasons, the court GRANTS Defendants' and Intervenor States' motions to dismiss Plaintiff Organizations' complaint and Plaintiff States' amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) on prudential ripeness grounds as to their claims regarding the EO and its implementation with regard to elections occurring after November 3, 2026, and dismisses such claims without prejudice. The court DENIES Defendants' and Intervenor States' motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) on prudential ripeness grounds as to Plaintiff Organizations' complaint and Plaintiff States' amended complaint with regard to the November 3, 2026 election, and all earlier elections.<br><br>**IT IS SO ORDERED.** |

| | | |
|---|---|---|
| | | **Associated Cases: 1:26-cv-11549-IT, 1:26-cv-11581-IT(MAP) (Entered: 06/18/2026)** |
| 06/25/2026 | 191 | Judge Indira Talwani: <u>MEMORANDUM AND ORDER</u> entered.<br><br>Accordingly, it is hereby ORDERED and DECLARED that Sections 2 and 3 of the EO are legally void as they are ultra vires and unconstitutionally violate the separation of powers, and that Section 5 of the EO is merely precatory.<br><br>In addition, other than the President, Defendants and their officers, agents, servants, and employees are hereby ENJOINED from implementing or giving effect to Sections 2 and 3 of the EO with respect to the November 3, 2026 or any earlier federal election in the Plaintiff States as follows:<br><br>a. Defendants United States Department of Justice, Acting Attorney General Todd Blanche, United States Department of Homeland Security, Secretary Markwayne Mullin, United States Citizenship and Immigration Services, Director Joseph B. Edlow, United States Social Security Administration, Commissioner Frank Bisignano, United States Department of Commerce, and Secretary Howard Lutnick, including their officers, agents, servants, and employees, are enjoined from implementing, giving effect to, or enforcing Section 2 of the EO as to Plaintiff States with respect to the November 3, 2026 or any earlier federal election, including taking any steps to create a new federal program to superintend and control Plaintiff States' maintenance of their voter rolls; or initiating any investigation or prosecution of Plaintiff States, their officials, local officials, or agents of such state or local officials involved in the administration of federal elections within Plaintiff States, stemming from the unconstitutional provisions in Section 2 of the EO. This injunction does not bar the federal government from providing assistance with verifying the citizenship or eligibility of any voter if the assistance is provided at the request of any State and within the framework provided by Congress.<br><br>b. Defendants United States Department of Justice, Acting Attorney General Todd Blanche, United States Postal Service, Postmaster General David Steiner, Deputy Postmaster General Doug Tolino, Chair Amber McReynolds, Vice Chair Derek T. Kan, and Members Ronald Stroman and Daniel Tangherlini, including their officers, agents, servants, and employees, are enjoined from implementing, giving effect to, or enforcing Section 3(b)(i)(v) or (d) of the EO as to elections mail for elections administered by Plaintiff States and ballot envelopes used by Plaintiff States with respect to the November 3, 2026 or any earlier federal election, including refusing to transmit mail-in or absentee ballots from voters registered in Plaintiff States to elections officials in Plaintiff States, regardless of the voters location; or otherwise initiating or completing rulemaking to promulgate the specific regulations outlined in Section 3(b)(i)(v) or (d) of the EO as to elections mail for elections administered by Plaintiff States and ballot envelopes used by Plaintiff States for the November 3, 2026 election, or any earlier election. This injunction does not bar the federal government from providing non-binding USPS guidance on ballot mail envelopes or from providing assistance with verifying citizenship or eligibility of any voter if the assistance is provided at the request of any Plaintiff State and within the framework provided by Congress.<br><br>c. Defendants United States Department of Justice and Acting Attorney General Todd Blanche, including their officers, agents, servants, and employees, are enjoined from initiating any investigation or prosecution of Plaintiff States, their officials, local officials, or agents of such state or local officials involved in the administration of federal elections within Plaintiff States, with respect to the November 3, 2026 or any |

earlier federal election, stemming from the unconstitutional provisions in Sections 2 and 3 of the EO.

d. Defendants, other than the President, are hereby ORDERED that they must, in good faith, take such steps as are necessary to prevent explicit or implicit implementation of Sections 2, 3 and 5 of the EO, and to cease and reverse any implementation of those provisions, as to Plaintiff States, with respect to the November 3, 2026 or any earlier federal election.

Further, Defendants, other than the President, are hereby ORDERED to:

(a) Within seven (7) calendar days of entry of this Order, provide written notice of this Order to all Defendants and their employees, and to further notify them that Sections 2 and 3 of the EO are unlawful, null, and void and Section 5 is merely precatory, as to Plaintiff States with respect to the November 3, 2026 or any earlier federal election;

(b) Notify all recipients that they are required to comply with this Order, under penalty of contempt; and

(c) Provide counsel for Plaintiff States with a copy of the notice and/or communications referred to in (a)–(b) on the docket, within seven (7) days of issuance of such notice and/or communications.

Defendants are hereby ORDERED to file a status report with the court within seven (7) days of entry of this Order describing steps taken to ensure compliance with it. The court retains jurisdiction to enforce the injunction and judgment and to award other such relief as may be appropriate.

Plaintiff States are directed to file a proposed Judgment for entry in this matter within seven (7) days of entry of this Order.

**IT IS SO ORDERED.**

(MAP) (Entered: 06/25/2026)

| 07/01/2026 | 192 | NOTICE OF APPEAL as to 191 Memorandum & ORDER,,,,,,,,,,,,,,,,,,,,,,,, by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration. Fee Status: US Government.<br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 7/21/2026. (Al-Shareffi, Esam) (Entered: 07/01/2026)** |
| --- | --- | --- |
| 07/01/2026 | 193 | MOTION to Stay re 191 Memorandum & ORDER,,,,,,,,,,,,,,,,,,,,,,,, by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States |

| | | Postal Service, United States Social Security Administration.(Al-Shareffi, Esam) (Entered: 07/01/2026) |
|---|---|---|
| 07/01/2026 | 194 | EXHIBIT re 193 MOTION to Stay re 191 Memorandum & ORDER,,,,,,,,,,,,,,,,,,,,,,,, by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration. (Attachments: # 1 Exhibit Declaration of Michael X. Mayhew (July 1, 2026), # 2 Exhibit Declaration of Steven W. Monteith (July 1, 2026))(Al-Shareffi, Esam) (Entered: 07/01/2026) |
| 07/01/2026 | 195 | MEMORANDUM in Support re 193 MOTION to Stay re 191 Memorandum & ORDER,,,,,,,,,,,,,,,,,,,,,,,, filed by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration. (Al-Shareffi, Esam) (Entered: 07/01/2026) |
| 07/02/2026 | 196 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 192 Notice of Appeal. (MAP) (Entered: 07/02/2026) |
| 07/02/2026 | 197 | USCA Case Number 26-1774 for 192 Notice of Appeal, filed by Markwayne Mullin, Amber McReynolds, United States Department of Justice, David Steiner, Ronald Stroman, Derek T Kan, United States Social Security Administration, Frank Bisignano, Daniel Tangherlini, Doug Tolino, Donald J Trump, Todd Blanche, United States Postal Service, United States Department of Homeland Security. (MAP) (Entered: 07/02/2026) |
| 07/02/2026 | 198 | NOTICE by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration *STATUS REPORT* (Attachments: # 1 Department of Justice E-mail to Employees, # 2 Department of Justice Notice, # 3 Department of Homeland Security E-mail and Notice to Employees, # 4 Social Security Administration E-mail and Notice to Employees, # 5 Department of Commerce E-mail and Notice to Employees, # 6 United States Postal Service E-mail and Notice to Employees, # 7 United States Postal Service E-mail re: Mandatory Stand-Up Talk, # 8 United States Postal Service Text of Mandatory Stand-Up Talk)(Al-Shareffi, Esam) (Entered: 07/02/2026) |
| 07/02/2026 | 199 | Proposed Document(s) submitted by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. Document received: [Proposed] Judgment. (Cohen, Michael) (Entered: 07/02/2026) |
| 07/02/2026 | 200 | Opposition re 193 MOTION to Stay re 191 Memorandum & ORDER,,,,,,,,,,,,,,,,,,,,,,,, filed by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of |

| | | |
|---|---|---|
| | | Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Cohen, Michael) (Entered: 07/02/2026) |
| 07/02/2026 | 201 | NOTICE OF APPEAL as to 191 Memorandum & ORDER,,,,,,,,,,,,,,,,,,,,,,,, by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. Filing fee: $ 605, receipt number AMADC-11863431 Fee Status: Not Exempt. <br><br> NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 7/22/2026. (Capozzi, Louis) (Entered: 07/02/2026)** |
| 07/02/2026 | 202 | MOTION to Stay by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Capozzi, Louis) (Entered: 07/02/2026) |
| 07/02/2026 | 203 | MEMORANDUM in Support re 202 MOTION to Stay filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Capozzi, Louis) (Entered: 07/02/2026) |
| 07/06/2026 | 204 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 201 Notice of Appeal (MAP) (Entered: 07/06/2026) |
| 07/06/2026 | 205 | USCA Case Number 26-1779 for 201 Notice of Appeal, filed by State of Oklahoma, State of Indiana, State of Kansas, State of South Dakota, State of South Carolina, State of Montana, State of Florida, State of Alabama, State of Texas, State of Nebraska, State of Missouri, State of Louisiana. (MAP) (Entered: 07/06/2026) |
| 07/07/2026 | 206 | Opposition re 202 MOTION to Stay filed by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Arslanian, Vanessa) (Entered: 07/07/2026) |
| 07/07/2026 | 207 | Judge Indira Talwani: FINAL JUDGMENT entered. (MAP) (Entered: 07/07/2026) |

Case: 26-1774     Document: 00118472709     Page: 44     Date Filed: 07/07/2026     Entry ID: 6823930

| 07/07/2026 | 208 | Judge Indira Talwani: MEMORANDUM & ORDER entered. |
| | | Having failed to meet their burden to show that circumstances justify a stay pending appeal, Defendants' and Intervenor-Defendants' Motions [Doc. Nos. 193, 202] for a stay pending appeal are therefore DENIED. The court permits a 7-day administrative stay to permit time for Defendants and Intervenor-Defendants to renew their stay request before the First Circuit. |
| | | **IT IS SO ORDERED.** |
| | | (MAP) (Entered: 07/07/2026) |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, et al.,      *
            *
    Plaintiffs,        *
            *
   v.             *
            *
DONALD J. TRUMP, in his official capacity  *
as President of the United States, et al.,  *    Civil Action No. 1:26-cv-11581-IT
            *
    Defendants,       *
            *
  and           *
            *
STATE OF MISSOURI, et al.,      *
            *
    Intervenor-Defendants.  *

FINAL JUDGMENT

July 7, 2026

For the reasons set forth in this court's June 18, 2026 Memorandum & Order [Doc. No. 190] and June 25, 2026 Memorandum & Order [Doc. No. 191], on the motion for summary judgment filed by Plaintiff States[1] and the motions to dismiss by Defendants[2] and Intervenor-

---

[1] "Plaintiff States" refers collectively to the State of California; Commonwealth of Massachusetts; State of Nevada; State of Washington; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; District of Columbia; State of Illinois; State of Maine; State of Maryland; State of Michigan; State of Minnesota; State of New Jersey; State of New Mexico; State of New York; State of North Carolina; State of Oregon; State of Rhode Island; State of Vermont; Commonwealth of Virginia; State of Wisconsin; and Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania.

[2] Defendants are Donald J. Trump, in his official capacity as President of the United States; United States Department of Justice; Todd Blanche, in his official capacity as Acting U.S. Attorney General; United States Department of Homeland Security; Markwayne Mullin, in his official capacity as Secretary for the Department of Homeland Security; United States Social Security Administration; Frank Bisignano, in his official capacity as Commissioner of the U.S. Social Security Administration; United States Postal Service; David Steiner, in his official capacity as Postmaster General and Chief Executive Officer of the Postal Service; Doug Tolino, in his official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human

Defendants,[3] the court granted Plaintiff States' motion for summary judgment as to implementation of certain sections of Executive Order No. 14399 ("EO") for federal elections occurring on or before November 3, 2026, and dismissed without prejudice, on prudential ripeness grounds, Plaintiff States' claims as applied to federal elections occurring after that date.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff States' claims, as stated in their First Amended Complaint [Doc. No. 65], are **DISMISSED** without prejudice with respect to federal elections occurring after November 3, 2026.

It is further **ORDERED, ADJUDGED,** and **DECREED** that, with respect to federal elections occurring on or before November 3, 2026, Judgment on the First and Second Cause of Action of the Amended Complaint, in favor of Plaintiff States and against Defendants and Intervenor-Defendants, is entered as follows:

1.  The court declares that Sections 2 and 3 of the EO are ultra vires and violate the separation of powers.

2.  Defendants are enjoined as follows:

    A.  Defendants United States Department of Justice, Acting Attorney General Todd Blanche; United States Department of Homeland Security, Secretary Markwayne Mullin; United States Citizenship and Immigration Services, Director Joseph B. Edlow; United States Social Security Administration, Commissioner Frank

---

Resources Officer of the Postal Service and Member of the Postal Service Board of Governors; Amber McReynolds, in her official capacity as Chair of the Postal Service Board of Governors; Derek T. Kan, in his official capacity as Vice Chairman of the Postal Service Board of Governors; Ronald Stroman, in his official capacity as a Member of the Postal Service Board of Governors; and Daniel Tangherlini, in his official capacity as a Member of the Postal Service Board of Governors.

[3] Intervenor-Defendants are the State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska; State of Oklahoma; State of South Carolina; State of South Dakota; and State of Texas.

Bisignano; United States Department of Commerce, and Secretary Howard Lutnick, including their officers, agents, servants, and employees, are enjoined from implementing, giving effect to, or enforcing Section 2 of the EO as to Plaintiff States with respect to the November 3, 2026 or any earlier federal election, including taking any steps to create a new federal program to superintend and control Plaintiff States' maintenance of their voter rolls; or initiating any investigation or prosecution of Plaintiff States, their officials, local officials, or agents of such state or local officials involved in the administration of federal elections within Plaintiff States, stemming from the unconstitutional provisions in Section 2 of the EO. This injunction does not bar the federal government from providing assistance with verifying the citizenship or eligibility of any voter if the assistance is provided at the request of any State and within the framework provided by Congress.

B.  Defendants United States Department of Justice, Acting Attorney General Todd Blanche, United States Postal Service, Postmaster General David Steiner, Deputy Postmaster General Doug Tolino, Postal Service Board of Governors Chair Amber McReynolds, Postal Service Board of Governors Vice Chair Derek T. Kan, and Postal Service Board of Governors Members Ronald Stroman and Daniel Tangherlini, including their officers, agents, servants, and employees, are enjoined from implementing, giving effect to, or enforcing Section 3(b)(i)–(v) or (d) of the EO as to elections mail for elections administered by Plaintiff States and ballot envelopes used by Plaintiff States with respect to the November 3, 2026 or any earlier federal election, including refusing to transmit mail-in or absentee

3

ballots for voters registered in Plaintiff States to election officials in Plaintiff States, regardless of the voters' location; or otherwise initiating or completing rulemaking to promulgate the specific regulations outlined in Section 3(b)(i)–(v) or (d) of the EO as to elections mail for elections administered by Plaintiff States and ballot envelopes used by Plaintiff States for the November 3, 2026 or any earlier election. This injunction does not bar the federal government from providing non-binding USPS guidance on ballot mail envelopes or from providing assistance with verifying citizenship or eligibility of any voter if the assistance is provided at the request of any Plaintiff State and within the framework provided by Congress.

C. Defendants United States Department of Justice and Acting Attorney General Todd Blanche, including their officers, agents, servants, and employees, are enjoined from initiating any investigation or prosecution of Plaintiff States, their officials, local officials, or agents of such state or local officials involved in the administration of federal elections within Plaintiff States, with respect to the November 3, 2026 or any earlier federal election, stemming from violations or purported violations of the unconstitutional provisions in Sections 2 and 3 of the EO.

D. Defendants, other than the President, must, in good faith, take such steps as are necessary to prevent explicit or implicit implementation of Sections 2 and 3 of the EO, and to cease and reverse any implementation of those provisions, as to Plaintiff States, with respect to the November 3, 2026 or any earlier federal election.

4

It is further **ORDERED, ADJUDGED,** and **DECREED** that Section 5 of the EO is solely precatory and therefore does not require Plaintiff States to retain election records or materials for five years. Accordingly, Plaintiff States' challenge to Section 5 of the EO is **DISMISSED WITH PREJUDICE** with respect to federal elections occurring on or before November 3, 2026.

The court retains jurisdiction to enforce the injunction and judgment and to award such other relief as may be appropriate.

IT IS SO ORDERED.

July 7, 2026

/s/ _[signature]_

United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STATE OF CALIFORNIA, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| DONALD J. TRUMP, in his official capacity | * | |
| as President of the United States, et al., | * | Civil Action No. 1:26-cv-11581-IT |
| | * | |
| Defendants, | * | |
| | * | |
| and | * | |
| | * | |
| STATE OF MISSOURI, et al., | * | |
| | * | |
| Intervenor-Defendants. | * | |

MEMORANDUM & ORDER

July 7, 2026

TALWANI, D.J.

Before the court are motions to stay pending appeal filed by Defendants[1] and Intervenor-Defendants.[2] On June 18, 2026, the court granted in part and denied in part Defendants' motion

---

[1] Defendants are Donald J. Trump, in his official capacity as President of the United States; United States Department of Justice; Todd Blanche, in his official capacity as Acting U.S. Attorney General; United States Department of Homeland Security; Markwayne Mullin, in his official capacity as Secretary for the Department of Homeland Security; United States Social Security Administration; Frank Bisignano, in his official capacity as Commissioner of the U.S. Social Security Administration; United States Postal Service; David Steiner, in his official capacity as Postmaster General and Chief Executive Officer of the Postal Service; Doug Tolino, in his official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors; Amber McReynolds, in her official capacity as Chair of the Postal Service Board of Governors; Derek T. Kan, in his official capacity as Vice Chairman of the Postal Service Board of Governors; Ronald Stroman, in his official capacity as a Member of the Postal Service Board of Governors; and Daniel Tangherlini, in his official capacity as a Member of the Postal Service Board of Governors.

[2] Intervenor-Defendants are Alabama, Florida, Indiana, Kansas, Louisiana, Missouri, Montana, Nebraska, Oklahoma, South Carolina, South Dakota, and Texas.

1

to dismiss, dismissing without prejudice on prudential ripeness grounds the Amended Complaint filed by Plaintiff States,[3] as to claims regarding Executive Order 14399, <u>Ensuring Citizenship Verification and Integrity in Federal Elections</u> (the "EO"), 91 Fed. Reg. 17125 (Mar. 31, 2026), and its implementation with regard to elections occurring <u>after November 3, 2026</u>, denying Defendants' motion to dismiss on prudential ripeness grounds as to the November 3, 2026 and any earlier elections, and reserving on remaining arguments. Mem. & Order [Doc. No. 190]. On June 25, 2026, the court denied the balance of the motion and granted Plaintiffs summary judgment in part, holding that Sections 2 and 3 of the EO are unconstitutional and ultra vires, and enjoining any implementation of those sections by Defendant agencies as to Plaintiff States with respect to elections occurring on or before November 3, 2026. Mem. & Order [Doc. No. 191]. Defendants and Intervenor-Defendants appealed, <u>see</u> <u>California v. Trump</u>, No. 26-01774 (1st Cir. July 2, 2026); <u>California v. Trump</u>, No. 26-01779 (July 6, 2026), and have moved to stay the court's injunction, pending appeal before the United States Court of Appeals for the First Circuit. <u>See</u> Defs.' Mot. to Stay [Doc. No. 193]; Intervenors' Mot. to Stay [Doc. No. 202]. The court thereafter entered <u>Final Judgment</u> [Doc. No. 207] and treats the motions to stay as directed to that Final Judgment as well.

## I.        Standard of Review

A district court may stay an injunction while an appeal is pending. Fed. R. Civ. P. 62(d). "A stay pending appeal is an 'intrusion into the ordinary processes of administration and judicial review' and relief is not granted as 'a matter of right.'" <u>Rhode Island v. Trump</u>, 155 F.4th 35, 41

---

[3] Plaintiff States are Arizona, California, Colorado, Connecticut, Delaware, District of Columbia, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, Virginia, Washington, Wisconsin, and Josh Shapiro in his official capacity as Governor of Pennsylvania.

(1st Cir. 2025) (quoting New York v. Trump, 133 F.4th 51, 65 (1st Cir. 2025)). The movants

"bear the burden of demonstrating that they are entitled to the 'extraordinary' relief that they

seek." Id. (quoting Somerville Pub. Schs. v. McMahon, 139 F.4th 63, 68 (1st Cir. 2025)).

The Supreme Court has explained that movants must (1) make a strong showing that they

are likely to succeed on the merits on appeal; (2) show that they will be irreparably injured

absent a stay; (3) show that a stay will not substantially injure the other parties interested in the

proceeding; and (4) show that the stay would be in the public interest. Nken v. Holder, 556 U.S.

418, 426 (2009). Likelihood of success and irreparable injury are "the most critical" factors. Id.

at 434. "It is not enough that the [movant's] chance of success on the merits be better than

negligible." Id. (internal quotations and citation omitted). Similarly, "simply showing some

possibility of irreparable injury fails to satisfy the second factor." Id. at 434–35 (internal

quotations and citation omitted). Courts assess the harm to other interested parties and weigh the

public interest "[o]nce an applicant satisfies the first two factors." Id. at 435.

**II.     Discussion**

A. Merits

For the reasons discussed in its June 18, 2026 Memorandum and Order [Doc. No. 190]

and June 25, 2026 Memorandum and Order [Doc. No. 191], the court finds that as to the

November 3, 2026 and earlier elections, Plaintiff States' claims are ripe, Plaintiffs have Article

III standing, and Sections 2 and 3 of the EO are unconstitutional and ultra vires. Accordingly,

Defendants and Intervenor-Defendants are unlikely to succeed on the merits of their appeal.

Defendants and Intervenor-Defendants assert that the court's June 18, 2026 Memorandum

and Order [Doc. No. 190], dismissing Plaintiff States' claims concerning elections after

November 3, 2026, supports their argument that Plaintiff States lack Article III standing and that

3

their claims are not ripe for adjudication. Defs.' Mem. ISO Mot. to Stay ("Defs.' Mem.") 7–15 [Doc. No. 195]; Intervenors' Mem. ISO Mot. to Stay ("Intervenors' Mem.") 4–10 [Doc. No. 203].

While "originat[ing] from the same Article III limitation," prudential ripeness is both related to yet distinct from standing. Jensen v. R.I. Cannabis Control Comm'n, 160 F.4th 18, 24 (1st Cir. 2025) (citation omitted); see Mem. & Order 9–10 [Doc. No. 190] and cases cited therein. In dismissing Plaintiffs' claims on ripeness grounds only as to elections after November 3, 2026, the court acknowledged the reality with which neither Defendants nor Intervenor-Defendants are willing to engage: while claims as to distant elections may not yet be ripe, the claims as to the upcoming elections are ripe because States are actively planning to and currently administering such elections. The "possibility of future judicial review" is neither practicable nor feasible where the EO directs that specific agency action be taken in a constricted timeframe, thereby interfering with Plaintiffs' present efforts to administer elections. Defs.' Mem. 10 [Doc. No. 195]. Therefore, Plaintiffs' claims as to elections on and before November 3, 2026, are logically fit for judicial review and denying review on prudential ripeness grounds until some point in the future, e.g., even closer to the midterms for which they are currently preparing, would impose needless hardship to Plaintiffs. See Abbott Labs. v. Gardner, 387 U.S. 136, 148–49 (1967).

### B. Irreparable Injury

As a threshold matter, the court's injunction is clearly limited to Plaintiff States alone. Final J. [Doc. No. 207]. Accordingly, nothing in the court's order prevents Defendant agencies from endeavoring to implement the EO with respect to non-Plaintiff States.

Defendants argue that the court's injunction causes irreparable harm because Defendant agencies are unable to implement the directives required by the EO on the EO's prescribed timeline. Defs.' Mem. 18–19 [Doc. No. 195]. A USCIS official speculates that "in the event the Court's order is stayed or vacated at some future date, USCIS will be required to expend additional resources and perform work under potentially tight timelines to fully implement the E.O. at that time." Mayhew Supp. Decl. ¶ 10. [Doc. No. 194-1]. But the injunction does not prevent any steps to implement the EO, on the exact timeline prescribed by the President, to prepare for elections that will occur after November 3, 2026.

Agency officials' concern with their ability to timely implement the EO for the November 3, 2026 election does nothing more than highlight the current ripeness of Plaintiffs' claims. Just as Plaintiff States are diligently working to plan for and administer elections, agency officials are working hard to implement the EO's directives pursuant to the EO's short deadlines. See Exec. Order 14399 § 4(c) (USCIS must have already established infrastructure relevant to the Confirmed Citizen Lists). Defendants have and will continue to take action that renders Plaintiffs' claims ripe for future elections. That Defendants may have to work harder later, in the event that this court's order is reversed, does not rise to the level of irreparable injury contemplated by the Supreme Court in Nken. 556 U.S. at 435 (even wrongful removal of a noncitizen is not "categorically irreparable").

A USPS official similarly explains that the court's order prevents USPS from implementing the EO for non-Plaintiff States because USPS would be unable to promulgate regulations as to only certain states prior to the November 3, 2026 elections. Monteith Decl. ¶ 4 [Doc. No. 194-2] (describing feasibility limitations with respect to a "two-tiered system"). This argument is not persuasive. First, USPS has now been enjoined from implementing the

provisions in the Notice of Proposed Rulemaking as directed by the EO in any state. See NAACP v. USPS, No. 1:20-cv-02295-EGS (D.D.C. July 1, 2026), Dkt. No. 181. Second, USPS' acknowledgment that the anticipated final rule will apply to ballot mail received in association with the November 3, 2026 elections only serves to demonstrate that Plaintiffs' claims as to those and earlier elections are ripe for judicial review. Monteith Decl. ¶ 8 [Doc. No. 194-2] ("For states to be ready to [engage with USPS in creating the absentee and mail-in lists], [USPS] need[s] enough time prior the November 2026 to train [their] employees . . . and to coordinate with mailers."). Third, the court finds that Defendants have made no showing that "delay" of the EO's deadlines for USPS' implementation constitutes irreparable injury. Nken, 556 U.S. at 435.

C.  Other and Public Interests

Plaintiff States oppose a stay, arguing it would require Plaintiffs to immediately "develop[] procedures for reviewing and correcting the Confirmed Citizenship List, redesign[] ballot envelopes to comply with the requirements, and rush-order[] the new envelopes," all at significant effort and cost while Plaintiffs are actively administering primaries and special elections, as well as preparing to administer the November 3, 2026 midterms. Pls.' Mem. in Opp'n to Defs.' Mot. to Stay ("Pls.' Opp'n") 7 [Doc. No. 200].

Intervenor-Defendants argue that they will be injured by Defendant agencies' inability to fully implement the EO prior to the November 3, 2026 elections and that the "security of their elections" is "irreparably harmed by the [court's] injunction." Intervenors' Mem. 10–11 [Doc. No. 203]. However, the EO's directives are not aligned with its stated purpose of reducing voter fraud and enhancing election integrity. See Exec. Order 14399 § 1. Instead, the EO directs DHS and USCIS to create incomplete lists of confirmed citizens for each state. Id. § 2. A state could do nothing more with the list than rely upon it as additional proof of citizenship, but not as proof

6

of noncitizenship. June 2, 2026 H'rg Tr. 24:6–17 [Doc. No. 181]. Indeed, in conceding that the lists are necessarily incomplete, Defendants have acknowledged that a voter's absence from the lists required by the EO does not signify that voter's ineligibility.

Having weighed the interests of Plaintiff and Intervenor-Defendants and the remaining public, the court finds these factors weigh against granting a stay. See New Jersey v. Trump, 131 F.4th 27, 34 (1st Cir. 2025).

### III.    Conclusion

Having failed to meet their burden to show that circumstances justify a stay pending appeal, Defendants' and Intervenor-Defendants' Motions [Doc. Nos. 193, 202] for a stay pending appeal are therefore DENIED. The court permits a 7-day administrative stay to permit time for Defendants and Intervenor-Defendants to renew their stay request before the First Circuit.


IT IS SO ORDERED.

July 7, 2026                                          /s/ Indira Talwani
                                                     United States District Judge