**No. 26-1774 & No. 26-1779**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEVADA; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN; JOSH SHAPIRO, in the official capacity of as Governor of the Commonwealth of Pennsylvania,

*Plaintiffs-Appellees*,

v.

PRESIDENT DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES DEPARTMENT OF JUSTICE, TODD BLANCHE, in the official capacity as Acting U.S. Attorney General of the United States; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES SOCIAL SECURITY ADMINISTRATION; FRANK BISIGNANO, in the official capacity as Commissioner of the United States Social Security Administration; UNITED STATES POSTAL SERVICE; DAVID STEINER, in the official capacity as Postmaster General and Chief Executive Officer of the Postal Service; DOUG TULINO, in the official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors; AMBER MCREYNOLDS, in the official capacity as Chair of the Postal Service Board of Governors; DEREK T. KAN, in the official capacity as Vice Chairman of the Postal Service Board of Governors; RONALD STROMAN, in the official capacity as a Member of the Postal Service Board of Governors; DANIEL TANGHERLINI, in the official capacity as a Member of the Postal Service Board of Governors,

Defendants-Appellants.

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEVADA; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF

MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WISCONSIN; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania,

*Plaintiffs - Appellees,*

v.

STATE OF ALABAMA; STATE OF MISSOURI; STATE OF FLORIDA; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TEXAS,

*Interested Parties - Appellants,*

DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting U.S. Attorney General; US DEPT. OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of the United States Department of Homeland Security; SOCIAL SECURITY ADMINISTRATION; FRANK J. BISIGNANO, in the official capacity as Commissioner of the United States Social Security Administration; US POSTAL SERVICE; DAVID STEINER, in the official capacity as Postmaster General and Chief Executive Officer of the Postal Service; DOUGLAS TULINO, in the official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors; AMBER MCREYNOLDS, in the official capacity as Chair of the Postal Service Board of Governors; DEREK T. KAN, in the official capacity as Vice Chairman of the Postal Service Board of Governors; RONALD STROMAN, in the official capacity as a Member of the Postal Service Board of Governors; DANIEL MARK TANGHERLINI, in the official capacity as a Member of the Postal Service Board of Governors,

*Defendants.*

---

Appeals from the United States District Court
For the District of Massachusetts

---

**MOTION FOR LEAVE TO FILE CONSENTED TO BRIEF FOR *AMICUS CURIAE* THE SOCIETY FOR RULE OF LAW IN OPPOSITION TO EMERGENCY MOTIONS FOR STAY PENDING APPEAL AND SUPPORTING APPELLEES**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, *Amicus* The Society for the Rule of Law and Democracy, Inc., doing business as The Society for the Rule of Law, does not have a parent corporation, is not a publicly traded company, and no publicly held corporation owns 10% or more of its stock.

In response to a request from the Clerk's office, The Society For The Rule of Law ("SRL") files this motion for leave to file the appended Consented To Brief *Amicus Curiae* of the Society for the Rule of Law in Opposition To Emergency Motions For Stay Pending Appeal and Supporting Appellees.  Three reasons support SRL's motion for leave.

1.      All parties consented to the filing of this brief.

2.      This amicus brief will be helpful to the Court because it contains a non-duplicative focus on Section 3(b) of Executive Order 14399.  Two examples are most pertinent.  First, the standing and ripeness arguments in SRL's brief rely on *A.A.R.P. v. Trump*, 605 U.S. 91 (2025), which held that it was reversible error to reject irreparable harm when at a later time the government might argue that it was too late for a court to order relief.  *Id.* at 93-95, 97. Here, the government has stated that once the USPS issues a final rule, the government may argue that it is too late for a court to enjoin that rule.  *See* SRL Br. at 2-5.  Second, pursuant to precedent, the National Voter Registration Act, and the Help America Vote Act, including 52 U.S.C. §§ 21081(a)-(b), 21083(a)(1)(A), 21084, and 21145(a), and 39 U.S.C. § 401(2), the Constitution and federal statutes withhold from the USPS any authority to issue regulations that impose new or modified requirements concerning voting lists or a voting system, as Section 3(b) orders.  *See* SRL Br. at 5-12. Thus, Section 3(b) is illegal in all its potential applications.

1

3.      The appended brief is 2570 words.  This is less than half the words permitted by the Rules and prior order of the Court for the brief of Appellees in opposition to the stay motions.

## CONCLUSION

SRL's motion for leave should be granted.  For the convenience of the court, we have appended the same SRL amicus brief that was filed on July 13, 2026.

Dated: July 14, 2026

Respectfully submitted,

*/s/ Richard D. Bernstein*
Richard D. Bernstein
First Circuit Bar No. 1135512
1875 K Street NW, Suite 100
Washington, DC 20006
(301) 775-2064
rbernsteinlaw@gmail.com
*Counsel for Amicus Curiae*

NANCY A. TEMPLE
 *Of Counsel*
Katten & Temple, LLP
209 S. LaSalle Street Suite 950
Chicago, IL 60604

2

## CERTIFICATE OF COMPLIANCE

IT IS HEREBY CERTIFIED:

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 322 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it has been prepared using Microsoft 365 in proportionally spaced 14-point Times New Roman typeface

*/s/ Richard D. Bernstein*
Richard D. Bernstein
Attorney for *Amicus Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July 2026, I electronically filed the foregoing Motion for Leave to File Consented to Brief for *Amicus Curiae* of The Society For The Rule of Law Institute In Opposition to Emergency Motions for Stay Pending Appeal And Supporting Appellees, with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Richard D. Bernstein*
Richard D. Bernstein
Attorney for *Amicus Curiae*
