# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1774, 26-1779    **Short Title:** California v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of California _____ as the

[  ] appellant(s)          [✓] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ Malcolm A. Brudigam _____
Signature

July 16, 2026 _____
Date

Malcolm A. Brudigam _____
Name

Office of the California Attorney General
Firm Name (if applicable)

(916) 210-7873 _____
Telephone Number

1300 I Street, Suite 125 _____
Address

(916) 454-8171 _____
Fax Number

Sacramento, CA 95814 _____
City, State, Zip Code

malcolm.brudigam@doj.ca.gov _____
Email (required)

Court of Appeals Bar Number: 1219008 _____

Has this case or any related case previously been on appeal?

[  ] No          [✓] Yes   Court of Appeals No. 26-1506 _____

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).