# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 26-1774, 1779          **Short Title:** State of California, et al. v. Trump, et al.

**Type of Action**

☑ Civil
☐ Criminal/Prisoner
☐ Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from June 25, 2026
  2. Date this notice of appeal filed July 2, 2026
     If cross appeal, date first notice of appeal filed_____
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
  4. Date of entry of order deciding above post-judgment motion_____
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
     Time extended to_____

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?  ☑ Yes      ☐ No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  ☐ Yes      ☐ No
        If yes, explain_____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  ☐ Yes      ☐ No
        If yes, explain_____

C. Has this case previously been appealed?  ☑ Yes      ☐ No
   If yes, give the case name, docket number and disposition of each prior appeal
   26-01506

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  ☑ Yes      ☐ No
   If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party State of California
   Attorney Ian Fein and Anne, P. Bellows
   Address Office of California Attorney General, 455 Golden Gate Avenue, San Francisco, CA 94102
   Telephone (415) 510-3466

2. Adverse party State of California
   Attorney Michael S. Cohen and Malcolm A. Brudigam
   Address Office of California Attorney General, 1300 I Street, P.O. Box 944255, Sacramento, CA 95814
   Telephone (916) 210-6090

3. Adverse party State of California
   Attorney Robert William Setrakian
   Address Office of California Attorney General, 300 S. Spring Street, Los Angeles, CA 90012
   Telephone (213) 269-66688

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name SEE ATTACHED
   Address
   Telephone

   Attorney's name
   Firm
   Address
   Telephone

2. Appellant's name
   Address
   Telephone

   Attorney's name
   Firm
   Address
   Telephone

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Louis J. Capozzi III

Date  July 17, 2026

D.   League of Women Voters of Massachusetts et al v. Trump et al, 1:26-cv-11549-IT  - The case challenges the same Executive Order.

List of each adverse party to the appeal continued:

**Commonwealth of Massachusetts**
Vanessa Arslanian - Direct: 617-963-2107
David C. Kravitz - Direct: 617-963-2427
Jared B. Cohen - 617-963-2833
Jak Kundl - Direct: 617-963-2942
Michael Patrick Moore, Jr. -Direct: 617-963-7491
MA Attorney General's Office
1 Ashburton Pl
20th Fl
Boston, MA 02108-0000

**State of Nevada**
Aaron D. Ford - Direct: 775-684-1100
NV Attorney General's Office
100 N Carson St
Carson City, NV 89701-4717

Kiel Ireland - Direct: 702-486-3420
Heidi Parry Stern - Direct: 702-486-3594
NV Attorney General's Office
1 State of Nevada Way
Ste 100
Las Vegas, NV 89119

**State of Washington**
Nicholas W. Brown - Direct: 206-464-7744
Tera M. Heintz - Direct: 360-664-3027
Cristina Sepe - Direct: 360-753-7085
Karl D. Smith - Direct: 360-664-2510
Office of the Attorney General
PO Box 40100
1125 Washington St SE
Olympia, WA 98504-0100

**State of Arizona**
Karen J. Hartman-Tellez - Direct: 602-542-8326
Kara M. Karlson - Direct: 602-542-8118
Kristin K. Mayes - Direct: 602-542-5025
Syreeta Tyrell - Direct: 602-542-3333
Joshua M. Whitaker - Direct: 602-542-7738
AZ Attorney General's Office

2005 N Central Ave
Phoenix, AZ 85004

**State of Colorado**
Peter Baumann - Direct: 720-508-6152
Shannon Wells Stevenson - Direct: 720-508-6000
Philip J. Weiser - Direct: 720-508-6000
Office of the Attorney General
1300 Broadway, 10th Fl
Denver, CO 80203

**State of Connecticut**
Maura Bridget Murphy - Direct: 860-808-5020
William M. Tong - Direct: 860-808-5318
Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106

**State of Delaware**
Kathleen Jennings - Direct: 302-577-8400
Vanessa L. Kassab - Direct: 302-683-8881
Ian R. Liston - Direct: 302-683-8875
DE Dept of Justice
820 N French St
Wilmington, DE 19801-0000

**District of Columbia**
Brian L. Schwalb - Direct: 202-727-3400
Eliza Simon - Direct: 202-741-5221
Caroline S. Van Zile - Direct: 202-724-6609
DC Office of the Attorney General
400 6th St NW, Ste 8100
Washington, DC 20001

**State of Illinois**
Holly F.B. Berlin - Direct: 773-519-1678
Vikas Didwania - Direct: 872-272-0756
Kwame Raoul - Direct: 312-814-3000
IL Attorney General's Office
115 S LaSalle St
Chicago, IL 60603

Alex Hemmer - Direct: 312-814-5526
IL Attorney General's Office
115 S LaSalle St, 23rd Fl
Chicago, IL 60603

Jane Elinor Notz
Attorney General
100 West Randolph St.
Chicago, IL 60601-0000

**State of Maine**
Aaron M. Frey – Direct 207-626-8552
Katherine Thompson – Direct 207-626-8455
ME Attorney General's Office
6 State House Station
Augusta, ME 04333

**State of Maryland**
Anthony G. Brown - Direct: 410-576-6300
Virginia Anne Williamson - Direct: 410-576-658
200 St. Paul Pl., 20th Floor
Baltimore, MD 21202

**State of Michigan**
Neil Giovanatti - Direct: 517-335-7603
Erik Grill - Direct: 517-335-7659
Dana Nessel - Direct: 517-335-7622
525 W. Ottawa Street
Lansing, MI 48909

**State of Minnesota**
Allen Barr - Direct: 651-757-1487
Angela Behrens - Direct: 651-757-1204
Keith Ellison - Direct: 651-757-1291
Lindsey E. Middlecamp - Direct: 651-300-0711
445 Minnesota Street
St. Paul, MN 55101

**State of New Jersey**
Joshua Paul Bohn - Direct: 609-696-5366
Jennifer Davenport

NJ Attorney General's Office
25 Market St
Trenton, NJ 08625

Jonathan B. Mangel - Direct: 609-696-5216
Meghan Musso - Direct: 609-696-5276
NJ Attorney General's Office
124 Halsey St, 5th Fl
Newark, NJ 07101-0000

**State of New Mexico**
Bailey Colfax - Direct: 505-629-3252
Raul Torrez - Direct: 505-490-4060
Office of the Attorney General
408 Galisteo Street
Santa Fe, NM 87501

James Grayson - Direct: 505-490-4060
Office of the Attorney General
P.O. Drawer 1508
Santa Fe, NM 87501

**State of New York**
Colleen K. Faherty - Direct: 212-416-6046
Rabia Muqaddam - Direct: 917-715-4172
Barbara D. Underwood - Direct: 212-416-6274
Judith N. Vale - Direct: 212-416-6274
NYS Office of the Attorney General
28 Liberty St
New York, NY 10005

Letitia James – Direct 518-776-2400
NY Attorney General's Office
The Capitol
Albany, NY 12224-0341

**State of North Carolina**
Laura Howard
Daniel Paul Mosteller - Direct: 919-716-6026
NC Dept of Justice
PO Box 629
Raleigh, NC 27602

Jeffrey N. Jackson
NC Attorney General's Office
9001 Mail Service Center
Raleigh, NC 27699-9001

**State of Oregon**
Thomas H. Castelli - Direct: 971-673-1880
OR Dept of Justice
100 SW Market St
Portland, OR 97201

Robert A. Koch - Direct: 503-378-4402
OR Attorney General's Office
Appellate Div
1162 Court St NE
Salem, OR 97301-4096

Daniel A. Rayfield
OR Attorney General's Office
1162 Court St NE
Salem, OR 97301-4096

**State of Rhodes Island**
James J. Arguin - Direct: 401-274-4400
Kyla Duffy - Direct: 401-274-4400
RI Attorney General's Office
150 S Main St
Providence, RI 02903-0000

**State of Vermont**
Ryan P. Kane - Direct: 802-828-2153
Charity R. Clark
VT Attorney General's Office
109 State St
Montpelier, VT 05609-0000

**Commonwealth of Virginia**
Tillman J. Breckenridge
Jay Jones
VA Attorney General's Office
202 N 9th St
Richmond, VA 23219

**State of Wisconsin**
Joshua L. Kaul - Direct: 608-266-1221
Lynn Kristine Lodahl - Direct: 608-264-6219
WI Dept of Justice
17 W Main St
PO Box 7857
Madison, WI 53707-7857

**Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania**

Jacob Boyer - Direct: 717-460-6786
Michael J. Fischer - Direct: 717-831-2847
Charlotte Gibson - Direct: 717-831-2847
Governor's Office of General Counsel
30 N 3rd St, Ste 200
Harrisburg, PA 17101

## LIST OF FEDERAL APPELLANTS

- Donald J. Trump, in his official capacity *as President of the United States*

- U.S. Department of Justice

- Todd Blanche, in his official capacity *as Acting U.S. Attorney General*

- U.S. Department of Homeland Security

- Markwayne Mullin, in his official capacity *as Secretary of the United States Department of Homeland Security*

- U.S. Social Security Administration

- Frank Bisignano, in his official capacity *as Commissioner of the United States Social Security Administration*

- United States Postal Service

- David Steiner, in his official capacity *as Postmaster General and Chief Executive Officer of the Postal Service*

- Doug Tolino, in his official capacity *as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors*

- Amber McReynolds, in her official capacity *as Chair of the Postal Service Board of Governors*

- Kerek T. Kan, in his official capacity *as Vice Chairman of the Postal Service Board of Governors*

- Ronald Stroman, in his official capacity as a member of the Postal Service Bd. of Governors

- Daniel Tangherlini, in his official capacity as a member of the Postal Service Bd. of Governors

## COUNSEL FOR FEDERAL APPELLANTS

Stephen M. Pezzi
Esam K. Al-Shareffi
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 598-736

Rayford A. Farquhar – 617-748-3100
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

**LIST OF STATE APPELLANTS**

- State of Alabama
- State of Missouri
- State of Florida
- State of Indiana
- State of Kansas
- State of Louisiana
- State of Montana
- State of Nebraska
- State of Oklahoma
- State of S. Carolina
- State of S. Dakota
- State of Texas

**COUNSEL FOR STATE APPELLANTS**

Louis J. Capozzi, III
Graham D. Miller
Benjamin S. Gilberg
Office of Missouri Attorney General
815 Olive Street, Suite #200
St. Louis, MO 63101
(314) 340-6816 – main office

J. Michael Patton
Office of Missouri Attorney General
615 E 13th St
Ste 401
Kansas City, MO 64106
(816) 889-2250

A. Barrett Bowdre, 1222562
  *Solicitor General*
STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 353-8892

James. A Barta, 1204350
  *Solicitor General*
Office of the Indiana Attorney General
302 W. Washington Street
IGC South, Fifth Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-0709

David M.S. Dewhirst, 1223911
 *Solicitor General*
Jason J. Muehlhoff*
 *Chief Deputy Solicitor General*
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300

James R. Rodriguez, 1223913
 *Assistant Attorney General*
Kansas Office of the Attorney General
Topeka, Kansas 66612
Phone: (785) 368-8197

Kelsey L. Smith, 1214635
 *Deputy Solicitor General*
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
Telephone: (225) 428-7432

Christian B. Corrigan, 1208173
 *Solicitor General*
Montana Department of Justice
215 N. Sanders Helena, MT 59601
(406) 444-2707

Cody S. Barnett, 1218826
 *Solicitor General*
Nebraska Department of Justice
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Tel.: (402) 471-2683


Garry M. Gaskins, II, 1223914
 *Solicitor General*
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105


Joseph D. Spate, 1209409
 *Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
Tel. (803) 734-3371


Grant Flynn, 1220093
 *Assistant Attorney General*
South Dakota Office of the Attorney General
1302 East SD Highway 1889, Suite 1
Pierre, SD 57501-8501

David Bryant, 1222544
 *Senior Special Counsel*
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

Ian D. Prior (Bar No. 655704)

America First Legal Foundation
611 Pennsylvania Ave S.E. No. 231
Washington, D.C. 20003
(410) 205-9681

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, the foregoing Docketing Statement was filed electronically using the Court's CM/ECF system, which sends notification to all counsel of record.

/s/ *Louis J. Capozzi, III*